**03-40288**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | |
|---|---|
| In Re:   Merrimac Paper Company, Inc. | Chapter 11<br>Bankruptcy Case 03-41477<br>Judge Joel B. Rosenthal |

2003 DEC 17 P 3: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

## CLERK'S CERTIFICATION FOR TRANSMITTAL OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Merrimack Paper Company, Inc., #03-41477** .

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF DECEMBER .

Date:12/17/03



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Joanne M. Ryan

Deputy Clerk
(508) 770-8921

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _17th_ day of _December_, _2003_.

This case has been assigned No. _03-40288_ .

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

FILED
IN CLERK'S OFFICE

2003 NOV 17 A 9: 42

U.S. BANKRUPTCY COURT
WORCESTER, MA.

In re:

MERRIMAC PAPER COMPANY, INC.,
    *et al.*

        Debtors

)
)
)
)
)
)
)
)
)

Chapter 11
Case No. 03-41477-JBR to
          03-414479-JBR

Jointly Administered

## NOTICE OF APPEAL

Defendants Ralph Harrison and Alan Eggert appeal under 28 U.S.C. § 158(a) from the Memorandum of Decision On Plaintiff's Motion for Partial Summary Judgment And Objections to Confirmation of the First Amended Joint Plan of Reorganization, As Modified and the related Order Confirming Second Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, As Modified, of United States Bankruptcy Judge Joel B. Rosenthal, both of which were entered in this bankruptcy proceeding on the 7th Day of November 2003.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Party:      Merrimac Paper Company, Inc.

Counsel:    Andrew J. Lizzotte, Esq.      and    James F. Wallack, Esq.
            Hanify & King LLP                    Goulston & Storrs
            One Beacon Street                    400 Atlantic Ave
            Boston, MA 02108                     Boston, MA 02110
            tel. 617-423-0400                    tel. 617-482-1776

11/17/03

319

| | |
|---|---|
| Party: | Mary K. Logan |
| Counsel: | Peter N. Baylor, Esq.<br>Nutter McClennen & Fish, LLC<br>World Trade Center West, 155 Seaport Blvd.<br>Boston, MA 02210<br>(617) 439-2390 |
| Party: | William L. Provost |
| Counsel: | Christopher J. McCarty, Esq.<br>Holland & Knight, LLP<br>One Financial Plaza<br>Suite 1800<br>Providence, Rhode Island 02903<br>(401) 751-8500 |

FILED
IN CLERK'S OFFICE
2003 NOV 17 A 9: 42
U.S. BANKRUPTCY COURT
WORCESTER, MA.

RALPH HARRISON and
ALAN R. EGGERT,

By their attorneys,

_____
Robert J. Shea (BBO #546795)
 Rudolph Friedman, LLP
 92 State Street
 Boston, MA 02109
 (617) 723-7700

_____
Jeffrey B. Renton, (BBO #554032)  (RJS)
 Gilbert & Renton, LLC
 23 Main Street
 Andover, MA 01810
 (978) 475-7580
 (Attorney for Alan Eggert)

2

                                              *Thomas P. Smith (RJS)*
                                      Thomas P. Smith (BBO #555513)
                                      Caffrey & Smith, P.C.
                                      300 Essex Street
                                      Lawrence, MA 01840
                                      (978) 686-6151
Date: November 14, 2003             (Attorney for Ralph Harrison)

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Western Division)

FILED
CLERK'S OFFICE

2003 NOV 17 A 9: 42

U.S. BANKRUPTCY COURT
WORCESTER, MA.

In re: )
)
MERRIMAC PAPER COMPANY, INC., )
*et al.* )
)
Debtors )
)

Chapter 11
Case No. 03-41477-JBR to
03-414479-JBR

Jointly Administered

## NOTICE OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT

Objecting Creditors/Appellants Ralph Harrison and Alan Eggert elect to have the above appeal heard by the United States District Court for the District of Massachusetts under 28 U.S.C. § 158(c).

RALPH HARRISON and
ALAN R. EGGERT,
By their attorneys,

_____
Robert J. Shea (BBO #546795)
Rudolph Friedman, LLP
92 State Street
Boston, MA 02109
(617) 723-7700

_____ (RJS)
Jeffrey B. Renton, (BBO #554032)
Gilbert & Renton, LLC
23 Main Street
Andover, MA 01810
(978) 475-7580
(Attorney for Alan Eggert)

ENTERED ON DOCKET
11/17/03
320

                                              _/s/ Thomas P. Smith (RJC)_
                                              Thomas P. Smith (BBO #555513)
                                                Caffrey & Smith, P.C.
                                                300 Essex Street
                                                Lawrence, MA 01840
                                                (978) 686-6151

Date: November 14, 2003         (Attorney for Ralph Harrison)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Merrimac Paper Company, Inc.

Chapter 11
Bankruptcy Case 03-41477
Judge Joel B. Rosenthal

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **NOVEMBER 17, 2003** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

1. Notice of Appeal, or
2. Entry of an Order granting leave to appeal, or
3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later.**

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date: 11/17/03

James M. Lynch
Clerk, U.S. Bankruptcy Court


By the Court,

Anne C. Harmon
Deputy Clerk
(508) 565-8913

**JNTADMN, APPEAL**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
### Bankruptcy Petition #: 03-41477

*Assigned to:* Bankruptcy Judge Joel B. Rosenthal
Chapter 11
Voluntary
Asset

*Date Filed:* 03/17/2003

| | | |
|---|---|---|
| **Merrimac Paper Company, Inc.**<br>9 South Canal St.<br>Lawrence, MA 01843<br>Tax id: 04-1614300<br>***Debtor*** | represented<br>by | **Andrew G. Lizotte**<br>Hanify & King, PC<br>One Beacon Street<br>Boston, MA 02108<br>(617) 423-0400<br>Fax : (617)556-8985<br>Email: jxs@hanify.com<br><br>**Craig Nathan Dee**<br>Hanify & King<br>One Beacon Street<br>Boston, MA 02108<br>(617) 424-0400<br><br>**Jesse I. Redlener**<br>Hanify, King<br>One Beacon St<br>Boston, MA 02108<br>617-423-0400<br>Fax : 617-556-8985<br>Email: bankruptcy@hanify.com<br><br>**Rafael Klotz**<br>Goulston & Storrs<br>400 Atlantic Avenue<br>Boston, MA 02110<br>(617) 574-3572<br>Email: rklotz@goulstonstorrs.com |
| **Official Committee of Unsecured Creditor**<br>***Creditor Committee*** | represented<br>by | **Charles A. Dale, III**<br>Gadsby<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 345-7064<br>Fax : (617)204-8064 |

Certified to be a true and correct copy of the original
James M. Lynch, Clerk
U.S. Bankruptcy Court
District of Massachusetts
By: _____
       Deputy Clerk
Date: 12/17/03

| Filing Date | # | Docket Text |
|---|---|---|
| 03/17/2003 | 1 | Voluntary Chapter 11 Petition ( Filing Fee $ 830.00 Rcpt # ) missing documents: All Schedules a-h Statement of Financial Affairs Disclosure of Aty Compensation Exhibit A Due on 4/1/03 (hrc) (Entered: 03/17/2003) |
| 03/17/2003 | 2 | Order to Update Petition. Incomplete Filing; missing documents: All Schedules a-h Statement of Financial Affairs Disclosure of Aty Compensation Exhibit A ; Missing Documents Due 4/1/03 (hrc) (Entered: 03/17/2003) |
| 03/17/2003 |   | Matrix. (hrc) (Entered: 03/17/2003) |
| 03/17/2003 | 3 | Motion By Debtor For Joint Administration 03-41478, 03-41479 . c/s (jr) (Entered: 03/17/2003) |
| 03/17/2003 | 4 | Emergency Motion By Debtors and Debtors in Possession For an Order Authorizing the Use of Cash Collateral . c/s (jr) (Entered: 03/17/2003) |
| 03/17/2003 | 5 | Emergency Motion by Debtors for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts . c/s (jr) (Entered: 03/17/2003) |
| 03/17/2003 | 6 | Motion By Debtors for Emergency Hearing on Certain First Day Motions Re: [3-1] Motion For Joint Administration 03-41478, 03-41479, [4-1] Motion For an Order Authorizing the Use of Cash Collateral and [5-1] Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts . c/s (jr) (Entered: 03/17/2003) |
| 03/18/2003 | 7 | ENDORSEMENT ORDER: Granting [6-1] Motion for Emergency Hearing on Certain First Day Motions Re: [4-1] Motion For an Order Authorizing the Use of Cash Collateral and [5-1] Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts by Debtor . EMERGENCY CONSIDERATION IS GRANTED. A HEARING ON AUTHORIZATION TO PAY PRE PETITION SALARIES, HOURLY WAGES AND BENEFITS, TO HONOR PRE PETITION VACATION AND SICK TIME OBLIGATIONS IN ORDINARY COURSE, TO HONOR PRE PETITION WAGE |

| | | |
|---|---|---|
| | | GARNISHMENT ORDERS, AND TO USE EXISTING PAYROLL ACCOUNTS AND BUSINESS FORMS AND THE CASH COLLATERAL MOTION IS SCHEDULED FOR MARCH 19, 2003 AT 10:00 AM. MOVANT TO PROVIDE TELEPHONIC AND FAX NOTICE. (jr) (Entered: 03/18/2003) |
| 03/18/2003 | 8 | ORDER: Granting [3-1] Motion For Joint Administration with 03-41478 and 03-41479 by Debtor. Lead Case 03-41477 . See Order For Full Text. (jr) (Entered: 03/18/2003) |
| 03/18/2003 | | Joint Administration of Cases 03-41477, 03-41478 and 03-41479. Lead Case 03-41477. Member Cases 03-41478 and 03-41479. For All Future Docket Entries See Case # 03-41477. (jr) (Entered: 03/18/2003) |
| 03/18/2003 | 9 | Certificate Of Service By Andrew G. Lizotte Of [7-1] Endorsement Order Granting and Setting Hearings on [6-1] Motion for Emergency Hearing on Certain Day Motions Re: [4-1] Motion For an Order Authorizing the Use of Cash Collateral and [5-1] Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts by Debtor. (jr) (Entered: 03/18/2003) |
| 03/19/2003 | 10 | Opposition By Creditors Ralph Harrison and Alan R. Eggert To Emergency Motions by Debtors and Debtors in Possession to the Extent Such Relief Would Impair or Subordinate Their Rights . c/s (jr) (Entered: 03/19/2003) |
| 03/19/2003 | 11 | Partial Opposition By Summitbridge Global Investments, LLC To [4-1] Emergency Motion For an Order Authorizing the Use of Cash Collateral by Debtors . FILED IN OPEN COURT 3/19/03. (jr) (Entered: 03/19/2003) |
| 03/19/2003 | 12 | Sovereign Limited Access Services Agreement Filed by Lawrence G. Green for Summitbridge Global Investments, LLC Re: [4-1] Motion for Use of Cash Collateral. FILED IN OPEN COURT 3/19/03. (jr) (Entered: 03/19/2003) |
| 03/19/2003 | 13 | ORDER: Hearing Held and Continued Re: [4-1] Emergency Motion For an Order Authorizing the Use of Cash Collateral by Debtor . #4 GRANTED. CONTINUED TO 4/2/03 AT 9:00 AM IN WORCESTER. HEARING ON LOCK BOX PROCEEDS 3/24/03 AT 2:00 PM IN BOSTON. CASH COLLATERAL USE TO THE EXTENT OF 2.5 MILLION IS AUTHORIZED TO BE USED ONLY FOR CURRENT PAYROLL, PAYROLL TAXES AND POST PETITION EXPENSES, ONLY TO THE EXTENT |

| | | |
|---|---|---|
| | | NECESSARY TO AVOID IMMEDIATE AND IRREPARABLE HARM TO THE ESTATE PENDING FINAL HEARING. REPLACEMENTS LIENS ARE PROVIDED TO SUMMIT AND HARRISON AS PROPOSED IN PARAGRAPH 32 OF THE EMERGENCY MOTION. DEBTOR DOES NOT HAVE USE OF $415,000.00 OF LOCK BOX PROCEEDS AS OF PETITION DATE. DEBTOR SHALL HAVE USE OF ALL OTHER LOCK BOX PROCEEDS. DEBTOR DOES HAVE USE OF $270,000 ADVANCED ON DAY OF PETITION. ALL FUNDS IN OPERATING AND PAYROLL ACCOUNTS MAY BE USED BY DEBTOR. (jr) (Entered: 03/19/2003) |
| 03/19/2003 | 14 | Partial Opposition By Summitbridge Global Investments, LLC To [5-1] Emergency Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course Business; (c) Honor Pre Petition Wage Garnishment Orders (d) Use Existing Payroll Accounts by Debtor . FILED IN OPEN COURT 3/19/03. (jr) (Entered: 03/20/2003) |
| 03/19/2003 | 15 | ORDER: Hearing Held and Continued Re: [5-1] Emergency Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts by Debtor . HEALTH INSURANCE AND RETIREES COVERAGE DEFERRED UNITL 4/2/03 AT 9:00 AM. ALSO PRE-PETITION VACATION PAY ISSUE DEFERRED UNTIL 4/2/03 AT 9:00 AM. OTHER THAN AS SET FORTH ABOVE, MOTION GRANTED PROVIDED NO PAYMENTS TO ANY SINGLE EMPLOYEE SHALL EXCEED $4650.00. THESE PAYMENTS SHALL BE APPLIED TO ANY §507(a)(3) PRIOITY OF ANY SUCH EMPLOYEE. (jr) (Entered: 03/20/2003) |
| 03/19/2003 | 16 | Notice of Appearance And Request For Service Of Notice By Lawrence G. Green for Summitbridge Global Investments, LLC. c/s (jr) (Entered: 03/20/2003) |
| 03/19/2003 | 17 | Payroll Amounts Due Filed by Debtor. FILED IN OPEN COURT 3/19/03. (jr) (Entered: 03/20/2003) |
| 03/20/2003 | | First Meeting of Creditors sch For 10:00 am 5/1/03 At Worcester U.S. Trustee Office Notice to be mailed within two weeks. (hk) (Entered: 03/20/2003) |
| 03/20/2003 | 18 | Cash Flow Analysis Filed by Debtor. FILED IN OPEN COURT 3/20/03. (jr) (Entered: 03/20/2003) |
| | | |

| | | |
|---|---|---|
| 03/21/2003 | 19 | Motion by Summitbridge Global Investments, LLC for Leave to File Affidavit of Richard W. Horrigan with (faxed) Affidavit of Richard W. Horrigan. c/s (jr) (Entered: 03/21/2003) |
| 03/21/2003 | 20 | ENDORSEMENT ORDER: Granting [19-1] Motion for Leave to File Affidavit of Richard W. Horrigan by Summitbridge Global Investments, LLC . ALLOWED. AFFIANT TO FILE ORIGINAL AFFIDAVIT AT OR BEFORE MONDAY'S HEARING. (jr) (Entered: 03/21/2003) |
| 03/21/2003 | 21 | Memorandum By Debtor in Support of [4-1] Motion For an Order Authorizing the Use of Cash Collateral by Debtor. c/s (jr) (Entered: 03/21/2003) |
| 03/24/2003 | 22 | Notice by Debtor of Hearing RE: [5-1] Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts (only as relates to payment of pre-petition vacation pay, payment of pre-petition health insurance costs and retiree medical benefits) and [4-1] Emergency Motion For an Order Authorizing the Use of Cash Collateral. c/s. (ach) (Entered: 03/24/2003) |
| 03/24/2003 | 23 | Affidavit Of Joseph C. Steiner In Support Of Memorandum In Suppost Of [4-1] Motion For An Order Authorizing The Use Of Cash Collateral by Debtor. (ss) (Entered: 03/25/2003) |
| 03/24/2003 | 24 | Affidavit Of Richard W. Horrigan Re: [4-1] Motion For an Order Authorizing the Use of Cash Collateral by Debtor. (Filed In Open Court) (ss) (Entered: 03/25/2003) |
| 03/24/2003 | 25 | ORDER: Regarding [4-1] Emergency Motion For an Order Authorizing the Use of Cash Collateral by Debtor . #4 GRANTED. CONTINUED TO FINAL HEARING 4/2/03 AT 9:00 A.M. FOR THE REASONS SET FORTH ON THE RECORD, THE DEBTOR IS HEREBY AUTHORIZED TO USE THE $415,000 WHICH WAS IN THE LOCK BOX AS OF THE PETITION DATE, AS WELL AS ALL OTHER LOCK BOX PROCEEDS DEPOSITED THEREIN AFTER THE PETITION DATE. THE USE OF CASH COLLATERAL AND ADEQUATE PROTECTION IS HEREBY AUTHORIZED AND DIRECTED AS SET FORTH IN THE COURT'S ORDER OF MARCH 19, 2003. (ss) (Entered: 03/25/2003) |
| 03/25/2003 | 26 | Certificate Of Service By Andrew G. Lizotte for Debtor Of [23-1] Affidavit Of Joseph C. Steiner. (ss) (Entered: 03/26/2003) |
| 03/27/2003 | 27 | Court's Notice of the First Meeting being sent to the Bankruptcy |

| | | | |
|---|---|---|---|
| | | | Noticing Center. (auto) (Entered: 03/27/2003) |
| 03/27/2003 | | 28 | United States Trustee's Notice of Appointment of Members To The Official Unsecured Creditors' Committee. c/s (jk) (Entered: 03/28/2003) |
| 03/27/2003 | | 43 | Notice of Appearance And Request For Service Of Notice By Robert J. Shea for Interested Party Ralph Harrison. c/s (ld) (Entered: 04/08/2003) |
| 03/28/2003 | | 44 | Notice of Appearance And Request For Service Of Notice By Matthew A. Porter and Bernard J. Bonn for Interested Party Gerald Griffin . c/s☐ (ld) (Entered: 04/08/2003) |
| 03/30/2003 | | 29 | First Meeting Certificate of Mailing. (auto) (Entered: 03/30/2003) |
| 03/30/2003 | | 30 | First Meeting Certificate of Mailing. (auto) (Entered: 03/30/2003) |
| 03/31/2003 | | 31 | Application of the Official Committee of Unsecured Creditor for Authority to Retain Gadsby Hannah LLP as Counsel with Affidavit of Charles A. Dale III. c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 32 | Motion By Debtor To Extend Time To File Schedules and Statement of Financial Affairs . c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 33 | Application of Debtors and Debtors-in-Possession for Authority to Retain Hanify & King, Professional Corporation, as Counsel to the Debtors with Affidavit of Harold B. Murphy. c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 34 | Application of Debtors and Debtors-in-Possession To Retain Hinckley Allen & Snyder LLP, as Special Corporate Counsel with Affidavit of Paula K. Andrews. c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 35 | Application of Debtors and Debtors-in-Possession To Retain Valuation Perspectives, Inc. as Financial Consultants to Debtors with Affidavits of Frank W. Haydu III and Karl Wassmann. c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 36 | Application of Debtors and Debtors-in-Possession To Retain John T. Leahy as Labor and Employment Counsel with Affidavit of John T. Leahy. c/s (jr) (Entered: 04/01/2003) |
| 03/31/2003 | | 37 | Stipulation by and between Summitbridge Global Investments, LLC and Debtor Re: [4-1] Motion For an Order Authorizing the Use of Cash Collateral by Merrimac Paper Company, Inc. c/s (jr) (Entered: 04/01/2003) |

| 03/31/2003 | 38 | Supplemental [9-1] Certificate of Service filed by Andrew G. Lizotte. (jr) (Entered: 04/01/2003) |
|---|---|---|
| 04/02/2003 |  | Hearing Held Re: [5-1] Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts by Debtor. (jr) (Entered: 04/02/2003) |
| 04/02/2003 | 39 | ORDER: Regarding [5-1] Emergency Motion for Authorization (a) To Pay Pre Petition Salaries, Hourly Wages and Benefits; (b) Honor Pre Petition Vacation and Sick Time Obligations in the Ordinary Course of Business; (c) Honor Pre Petition Wage Garnishment Orders and (d) Use Existing Payroll Accounts by Debtor . WITH RESPECT TO PRE PETITION INSURANCE PREMIUMS, THE DEBTOR IS NOT AUTHORIZED TO PAY THEM AT THIS TIME. WITH RESPECT TO PAST RETIREMENT MEDICAL BENEFITS, THE DEBTOR IS AUTHORIZED TO MAKE THE PAYMENTS REQUESTED UNTIL FURTHER ORDER OF THE COURT. WITH RESPECT TO PRE AND POST PETITION VACATION PAY ACCRUALS, THE DEBTOR IS AUTHORIZED TO PERMIT USE OF SAID ACCRUED VACATION TIME BUT NOT PAYMENT IN CASH FOR SAID ACCRUALS. (jr) (Entered: 04/02/2003) |
| 04/02/2003 | 40 | ORDER: Hearing Held and Continued Re: [4-1] Motion For an Order Authorizing the Use of Cash Collateral by Debtor. Hearing Set To 11:00 am on 5/8/03 at Worcester Courtroom 3 . SEE ORDER FOR FULL TEXT. (jr) (Entered: 04/02/2003) |
| 04/02/2003 | 41 | Notice of Appearance By Robert M. Lafferty for Lawrence Local No. 3. FILED IN OPEN COURT 4/2/03. (jr) (Entered: 04/02/2003) |
| 04/02/2003 | 42 | ENDORSEMENT ORDER: Granting [32-1] Motion To Extend Time To File Schedules and Statement of Financial Affairs by Debtor. Missing Documents due: 4:30 pm on 4/16/03 . ALLOWED. (jr) (Entered: 04/02/2003) |
| 04/02/2003 | 48 | Notice of Appearance And Request For Service Of Notice By Robert J. Shea for Interested Party Ralph Harrison. c/s (ld) (Entered: 04/10/2003) |
| 04/04/2003 |  | Hearing Re: [33-1] Application of Debtors for Authority to Retain Hanify & King, Professional Corporation, as Counsel to the Debtors Set For 10:00 am on 4/18/03 at Worcester Courtroom 3 . (jr) (Entered: 04/04/2003) |
| 04/04/2003 |  | Hearing Re: [34-1] Application of Debtors To Retain Hinckley Allen & Snyder LLP, as Special Corporate Counsel Set For 10:00 am on |

| | | |
|---|---|---|
| | | 4/18/03 at Worcester Courtroom 3 . (jr) (Entered: 04/04/2003) |
| 04/04/2003 | | Hearing Re: [35-1] Application of Debtors To Retain Valuation Perspectives, Inc. as Financial Consultants to Debtors Set For 10:00 am on 4/18/03 at Worcester Courtroom 3 . (jr) (Entered: 04/04/2003) |
| 04/04/2003 | | Hearing Re: [36-1] Application of Debtors To Retain John T. Leahy as Labor and Employment Counsel Set For 10:00 am on 4/18/03 at Worcester Courtroom 3 . (jr) (Entered: 04/04/2003) |
| 04/07/2003 | 51 | Notice of Appearance and Request for Notice by Edward J. Denn and Jeffrey B. Renton for Alan R. Eggert. c/s (ld , ) (Entered: 04/18/2003) |
| 04/08/2003 | 45 | Motion For Determination as to the Adequate Assurance of Payment for Debtors' Utility Providers by Debtor. c/s (jr) (Entered: 04/08/2003) |
| 04/08/2003 | 46 | Certificate Of Service By Andrew G. Lizotte of Hearings on [36-1] Application of Debtors To Retain John T. Leahy as Labor and Employment Counsel, [35-1] Application of Debtors To Retain Valuation Perspectives, Inc. as Financial to Debtors, [34-1] Application of Debtors To Retain Hinckley Allen & Snyder LLP, as Special Corporate Counsel, [33-1] Application of Debtors for Authority to Retain Hanify & King, Professional as Counsel to the Debtors. (jr) (Entered: 04/08/2003) |
| 04/08/2003 | 47 | Motion By Debtor to Approve [37-1] Stipulation Among Debtors and Summitbridge Global Investments, LLC Respecting Property of the Estates . c/s (jr) (Entered: 04/08/2003) |
| 04/15/2003 | 60 | Notice of Appearance and Request for Notice by Katherine Maloney Perhach for Fox River Paper Company, LLC. (ld , ) (Entered: 04/25/2003) |
| 04/16/2003 | 59 | Notice of Appearance and Request for Notice by Warren H. Pyle for PACE International Union AFL-CIO, CLC. c/s (ld , ) (Entered: 04/24/2003) |
| 04/17/2003 | 49 | Second Motion to Extend To File Schedules and Statements of Financial Affairs. Filed by Debtor Merrimac Paper Company, Inc. c/s. (ach) (Entered: 04/18/2003) |
| 04/17/2003 | 50 | Incorrect Docket Entry. Please Ignore. Docketed in Wrong Case. Motion for Relief from Stay Re: 48 Windham St. Worcester, MA. Receipt Number 509750, Fee Amount $75, Filed by Creditor EMC MORTGAGE CORPORATION. (ach) (Entered: 04/18/2003) |

| 04/18/2003 | 52 | Order Granting 31 Application of the Official Committee of Unsecured Creditor for Authority to Retain Gadsby Hannah LLP as Counsel with Affidavit of Charles A. Dale III. See Order For Full Text. 4/18/2003. (jr , ) (Entered: 04/18/2003) |
|---|---|---|
| 04/18/2003 | 53 | Order Granting 33 Application of Debtors and Debtors-in-Possession for Authority to Retain Hanify & King, Professional Corporation, as Counsel to the Debtors. #33 GRANTED. 4/18/2003. (jr , ) (Entered: 04/18/2003) |
| 04/18/2003 | 55 | Schedules A-H Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 04/21/2003) |
| 04/18/2003 | 56 | Disclosure of Compensation of Attorney Andrew G. Lizotte. (jr , ) (Entered: 04/21/2003) |
| 04/18/2003 | 57 | Statement of Financial Affairs Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 04/21/2003) |
| 04/20/2003 | 54 | BNC Certificate of Mailing - PDF Document. Service Date 04/20/2003. (Related Doc # 53) (Admin.) (Entered: 04/21/2003) |
| 04/21/2003 | 65 | Notice of Appearance and Request for Notice by David W. Rosenberg for Dental Service of Massachusetts, Inc. c/s (ld , ) (Entered: 04/28/2003) |
| 04/22/2003 | 58 | Endorsed Order of 4/18/03 Granting 49 Motion to Extend Time to File Schedules and Statements of Financial Affairs. ALLOWED. 4/22/2003. (jr , ) (Entered: 04/22/2003) |
| 04/23/2003 | 74 | Notice of Appearance and Request for Notice by Charles A. Dale III for Official Committee of Unsecured Creditor. (ld , ) (Entered: 05/02/2003) |
| 04/25/2003 | 61 | Supplement to 36 Application of Debtors and Debtors-in-Possession To Retain John T. Leahy as Labor and Employment Counsel Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 04/25/2003) |
| 04/25/2003 | 62 | Supplemental Affidavit of John T. Leahy, Esq. in Support of 36 Application of Debtors and Debtors-in-Possession To Retain John T. Leahy as Labor and Employment Counsel Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 04/25/2003) |
| 04/25/2003 | 63 | Supplemental Affidavit Re: 34 Application of Debtors and Debtors-in-Possession To Retain Hinckley Allen & Snyder LLP, as Special Corporate Counsel Filed by Debtor Merrimac Paper Company, Inc. |

| | | |
|---|---|---|
| | | c/s (jr , ) (Entered: 04/25/2003) |
| 04/25/2003 | ●64 | Supplemental Affidavit in Support of 35 Application of Debtors and Debtors-in-Possession To Retain Valuation Perspectives, Inc. as Financial Consultants to Debtors Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 04/25/2003) |
| 04/25/2003 | ●75 | Notice of Appearance and Request for Notice by Chris VanAtta for Paper, Allied, Industrial Chemical and Energy Workers International Union . c/s (ld , ) (Entered: 05/02/2003) |
| 04/28/2003 | ●66 | United States Trustee's Statement Re: 36 Debtor's Application to Retain John T. Leahy as Labor and Employment Counsel. c/s (jr , ) (Entered: 04/28/2003) |
| 04/28/2003 | ●67 | Order of 4/24/03 Granting 45 Motion For Determination as to the Adequate Assurance of Payment for Debtors' Utility Providers by Debtor. See Order For Full Text. (jr , ) (Entered: 04/28/2003) |
| 04/28/2003 | ●103 | Notice of Appearance and Request for Notice filed by Joseph J. Lange for Employers Association of the Northeast, Inc. . c/s (ld , ) (Entered: 05/16/2003) |
| 04/29/2003 | ●68 | Notice of Appearance and Request for Notices and Service of Papers by Stephen E. Williams Filed by Creditor Pension Benefit Guaranty Corp. (jr , ) (Entered: 04/30/2003) |
| 04/29/2003 | ●69 | Motion and Order for Admission to Practice, Pro Hac Vice and for Waiver of Local Counsel Designation Filed by Stephen E. Williams for Pension Benefit Guaranty Corporation. c/s (jr , ) (Entered: 04/30/2003) |
| 05/01/2003 | ●70 | Order Granting 69 Motion To Appear Pro Hac Vice by Stephen E. Williams. See Order For Full Text. (jr , ) (Entered: 05/01/2003) |
| 05/01/2003 | ●77 | Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/05/2003) |
| 05/01/2003 | ●78 | Memorandum In Support of 77 Motion for Order Futher Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/05/2003) |
| 05/01/2003 | ● | Meeting of Creditors Held and Examination of Debtor. (pf, USBC) (Entered: 05/09/2003) |
| 05/02/2003 | ●71 | Order of 5/1/03 Regarding 35 Application of Debtors and Debtors-in- |

| | | |
|---|---|---|
| | | Possession To Retain Valuation Perspectives, Inc. as Financial Consultants to Debtors. UPON CONSIDERATION OF THE APPLICATION (#35) AND THE SUPPLEMENTAL AFFIDAVIT (#64) AS WELL AS THE STATEMENTS ON THE RECORD, THE APPLICATION IS HEREBY ALLOWED, HOWEVER, INDEMNIFICATION IS LIMITED TO CLAIMS OF FORMER EMPLOYEES. (jr , ) (Entered: 05/02/2003) |
| 05/02/2003 | 72 | Order of 5/1/03 Granting 34 Application of Debtors and Debtors-in-Possession To Retain Hinckley Allen & Snyder LLP, as Special Corporate Counsel. #34 GRANTED. (jr , ) (Entered: 05/02/2003) |
| 05/02/2003 | 73 | Order of 5/1/03 Granting 36 Application of Debtors and Debtors-in-Possession To Retain John T. Leahy as Labor and Employment Counsel. UPON CONSIDERATION OF THE APPLICATION (#36), THE SUPPLEMENT TO APPLICATION (#61) AND THE UNITED STATES TRUSTEE'S STATEMENT (#66) AS WELL AS THE STATEMENTS ON THE RECORD, THE APPLICATION IS ALLOWED. (jr , ) (Entered: 05/02/2003) |
| 05/02/2003 | 104 | Notice of Appearance and Request for Notice filed by Charles A. Dale III for Official Committee of Unsecured Creditors. (ld , ) (Entered: 05/16/2003) |
| 05/05/2003 | 76 | Endorsed Order Granting 47 Motion By Debtor to Approve [37-1] Stipulation Among Debtors and Summitbridge Global Investments, LLC Respecting Property of the Estates. ALLOWED. NO OBJECTIONS. (jr , ) (Entered: 05/05/2003) |
| 05/05/2003 | 82 | (Faxed Copy) Affidavit of Donald Plummer Filed by Debtor Merrimac Paper Company, Inc. Re: Amended Matrix. (jr , ) (Entered: 05/06/2003) |
| 05/05/2003 | 83 | Order Re: 82 Affidavit filed by Debtor Merrimac Paper Company, Inc. FAXED VERIFICATION CANNOT BE ACCEPTED FOR FILING. DEBTORS TO FILE APPROPRIATE VERIFICATIONS WITHIN 14 DAYS. ALSO AMENDED MATRIX MUST DESIGNATE ADDED CREDITORS. (jr , ) (Entered: 05/06/2003) |
| 05/06/2003 | 79 | Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property. c/s (jr , ) (Entered: 05/06/2003) |
| 05/06/2003 | 80 | Motion for Emergency Hearing Re: 79 Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/06/2003) |
| | | |

| 05/06/2003 | 81 | Endorsed Order Granting 80 Motion for Emergency Hearing Re: 79 Motion for an Order Extending Deadline to Assume or Reject Leases of Nonresidential Real Property. ALLOWED. A HEARING ON THE MOTION TO EXTEND (#79) WILL BE HELD ON MAY 13, 2003 AT 9:45 AM. DEADLINE TO ASSUME OR REJECT LEASES EXTENDED TO THE HEARING. MOVANT TO GIVE NOTICE OF HEARING AND FILE A CERTIFICATE OF SERVICE. (jr , ) (Entered: 05/06/2003) |
|---|---|---|
| 05/06/2003 | 84 | Amended Re: 28 United States Trustee's Notice of Appointment of Members To The Official Unsecured Creditors' Committee Filed by Interested Party United States Trustee. c/s (jr , ) (Entered: 05/07/2003) |
| 05/06/2003 | 87 | Affidavit of Brewster Stetson in Support of 77 Motion by Debtors and Debtors in Possession for an Order Futher Authorizing the Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/08/2003) |
| 05/07/2003 | 86 | Certificate of Service Re: 81 Endorsed Order Granting Motion for Expedited Hearing Filed by Andrew Lizotte. (jr , ) (Entered: 05/08/2003) |
| 05/08/2003 | 85 | Memorandum of Law of Summitbridge Global Investments, LLC in Partial Opposition to 4 Debtors' Motion to Use Cash Collateral. c/s (jr , ) (Entered: 05/08/2003) |
| 05/08/2003 | 88 | Stipulation By Debtor Merrimac Paper Company, Inc. and Creditor Summitbridge Global Investments, LLC Re: 4 Motion to Use Cash Collateral and 77 Motion for Order Further Authorizing the Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. and Creditor Summitbridge Global Investments, LLC. FILED IN OPEN COURT 5/8/03. (jr , ) (Entered: 05/09/2003) |
| 05/08/2003 |  | Hearing Held and Continued Re: 4 Motion to Use Cash Collateral filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/09/2003) |
| 05/09/2003 | 89 | Endorsed Order of 5/8/03 Re: 88 Stipulation By Debtor Merrimac Paper Company, Inc. and Creditor Summitbridge Global Investments, LLC Re: 4 Motion to Use Cash Collateral and 77 Motion for Order Further Authorizing the Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. and Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 05/09/2003) |
| 05/09/2003 | 90 | Order of 5/8/03 Re: 77 Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. #77 CONTINUED TO 10/30/03 AT 9:30 AM. (jr , ) (Entered: |