| | | |
|---|---|---|
| | | 05/09/2003) |
| 05/09/2003 | ❸ | Hearing Continued. Hearing scheduled for 10/30/2003 at 09:30 AM Worcester Courtroom 3 RE: 77 Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/09/2003) |
| 05/09/2003 | ❸91 | Order of 5/8/03 Re: 4 Motion By Debtors and Debtors in Possession For an Order Authorizing the Use of Cash Collateral. SEE ORDER RE: #77. (jr , ) (Entered: 05/09/2003) |
| 05/09/2003 | ❸93 | Motion by Mirick, O'Connell, DeMallie & Lougee, LLP for Authority to Apply Prepetition Retainer. c/s (jr , ) (Entered: 05/13/2003) |
| 05/09/2003 | ❸94 | Notice of Retention of Mirick, O'Connell, DeMallie & Lougee, LLP by the Employee Stock Ownership Plan of Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/13/2003) |
| 05/12/2003 | ❸95 | Withdrawal of Appearance as Attorney by Robert M. Lafferty for Creditor PACE International Union AFL-CIO, CLC. c/s (jr , ) (Entered: 05/14/2003) |
| 05/12/2003 | ❸96 | Notice of Appearance and Request for Notices and Service of Papers by Jonathan R. Goldsmith for Creditor Northstar Pulp & Paper, Inc. c/s (jr , ) (Entered: 05/14/2003) |
| 05/13/2003 | ❸ | Hearing Held RE: 79 Motion for Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/13/2003) |
| 05/13/2003 | ❸92 | Order Granting 79 Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property. #79 GRANTED. (jr , ) (Entered: 05/13/2003) |
| 05/13/2003 | ❸108 | (Original) Declaration of Donald R. Plummer, President and CEO Re: Amended Matrix Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/19/2003) |
| 05/14/2003 | ❸97 | Hearing scheduled for 5/29/2003 at 09:30 AM Worcester Courtroom 3 Re: 93 Motion by Mirick, O'Connell, DeMallie & Lougee, LLP for Authority to Apply Prepetition Retainer. (jr , ) (Entered: 05/14/2003) |
| 05/14/2003 | ❸98 | Supplemental to 79 Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, |

| | | Inc. c/s (jr , ) (Entered: 05/14/2003) |
|---|---|---|
| 05/14/2003 | ❍99 | Motion for Emergency Hearing and an Interim Order Re: 98 Supplement to 79 Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/14/2003) |
| 05/14/2003 | ❍100 | Endorsed Order Granting 99 Motion for Emergency Hearing and Interim Order Respecting 98 Supplement to the Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Nonresidential Real Property. ALLOWED. A HEARING ON THE SUPPLEMENT TO THE MOTION (#98) WILL BE HELD ON MAY 29, 2003 AT 9:30 AM. OBJECTIONS TO THE SUPPLEMENT, IF ANY, MUST BE FILED BY MAY 27, 2003. MOVANT TO GIVE NOTICE FORTHWITH. TIME TO ASSUME OR REJECT EXTENDED TO THE HEARING. (jr , ) (Entered: 05/15/2003) |
| 05/15/2003 | ❍101 | Certificate of Service Re: 100 Endorsed Order on Motion for Emergency Hearing Filed by Andrew Lizotte. (jr , ) (Entered: 05/15/2003) |
| 05/15/2003 | ❍102 | Certificate of Service Re: 97 Hearing Scheduled Filed by Mirick, O'Connell, DeMallie & Lougee, LLP. (jr , ) (Entered: 05/15/2003) |
| 05/19/2003 | ❍105 | Expedited Motion For Order Authorizing the Debtors to Enter into Insurance Premium Fianancing Agreement Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 05/19/2003) |
| 05/19/2003 | ❍106 | Hearing scheduled for 5/29/2003 at 9:30 AM Worcester Courtroom 3 RE: 105 Expedited Motion for Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 05/19/2003) |
| 05/19/2003 | ❍107 | Certificate of Service Re: 106 Hearing Scheduled Filed by Andrew Lizotte. (jr , ) (Entered: 05/19/2003) |
| 05/22/2003 | ❍109 | Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 05/22/2003) |
| 05/22/2003 | ❍110 | Motion for Relief from Stay Re: Balance of a Tax Refund with Memorandum of Law In Support of Motion Filed by Creditor Summitbridge Global Investments, LLC. Receipt Number 510853, Fee Amount $75. Objections due by 6/4/2003. c/s (jr) (Entered: 05/22/2003) |

| | | |
|---|---|---|
| 05/28/2003 | ☉111 | Endorsed Order Re: 98 Supplement to 79 Motion by Debtors and Debtors in Possession for an Order Extending Deadline to Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, Inc. ALLOWED. THE HEARING ON THE MOTION SCHEDULED FOR 5/29/03 IS CANCELED. (jr , ) (Entered: 05/28/2003) |
| 05/29/2003 | ☉112 | Hearing scheduled for 6/12/2003 at 11:30 AM Worcester Courtroom 3 RE: 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 05/29/2003) |
| 05/29/2003 | ☉113 | Hearing scheduled for 6/12/2003 at 11:30 AM Worcester Courtroom 3 RE: 110 Motion for Relief from Stay Re: Balance of a Tax Refund Filed by Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 05/29/2003) |
| 05/29/2003 | ☉ | Hearing Held Re: 105 Expedited Motion For Order Authorizing the Debtors to Enter into Insurance Premium Fiancancing Agreement Filed by Debtor Merrimac Paper Company, Inc. (ss) (Entered: 05/30/2003) |
| 05/29/2003 | ☉115 | Order Granting 105 Expedited Motion For Order Authorizing the Debtors to Enter into Insurance Premium Fiancancing Agreement Filed by Debtor Merrimac Paper Company, Inc. SEE ORDER FOR FULL TEXT. (ss) (Entered: 05/30/2003) |
| 05/30/2003 | ☉ | Hearing Held RE: 93 Motion by Mirick, O'Connell, DeMallie & Lougee, LLP for Authority to Apply Prepetition Retainer. (jk) (Entered: 05/30/2003) |
| 05/30/2003 | ☉114 | Order Granting 93 Motion by Mirick, O'Connell, DeMallie & Lougee, LLP for Authority to Apply Prepetition Retainer. #93 GRANTED. (jk) (Entered: 05/30/2003) |
| 06/01/2003 | ☉116 | BNC Certificate of Mailing - PDF Document. Service Date 06/01/2003. (Related Doc # 115) (Admin.) (Entered: 06/02/2003) |
| 06/02/2003 | ☉117 | Consolidated Opposition by Debtor Merrimac Paper Company, Inc. to 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment and 110 Motion for Relief from Stay Re: Balance of a Tax Refund filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 06/03/2003) |
| 06/02/2003 | ☉118 | Omnibus Objection of Official Committee of Unsecured Creditor Re: 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global |

| | | Investments, LLC and 110 Motion for Relief from Stay Re: Balance of a Tax Refund with Memorandum of Law In Support of Motion Filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 06/03/2003) |
|---|---|---|
| 06/04/2003 | 119 | Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. Objections due by 6/17/2003. Receipt #511223, $75.00. c/s (jr , ) (Entered: 06/04/2003) |
| 06/05/2003 | 120 | Certificate of Service Re: 112 and 113 Hearings Scheduled Filed by Lawrence G. Green. (jr , ) (Entered: 06/05/2003) |
| 06/06/2003 | 121 | Hearing scheduled for 6/26/2003 at 10:30 AM Worcester Courtroom 3 RE: 119Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. (jr , ) (Entered: 06/06/2003) |
| 06/09/2003 | 122 | Notice of Appearance and Request for Notice filed by The Travelers Insurance Company .. (ld , ) (Entered: 06/09/2003) |
| 06/11/2003 | 123 | Certificate of Service Re: 121 Hearing Scheduled Filed by Robert J. Shea. (jr , ) (Entered: 06/11/2003) |
| 06/11/2003 | 124 | Joint Motion by Debtor and Summitbridge Global Investments, LLC to Continue Hearing On 109 Motion for Relief from Stay by Summitbridge Global Investments, LLC and 110 Motion for Relief From Stay by Summitbridge Global Investments, LLC. (ss) (Entered: 06/12/2003) |
| 06/11/2003 | 125 | Endorsed Order: Regarding 124 Joint Motion by Debtor and Summitbridge Global Investments, LLC to Continue Hearing On 109 Motion for Adequate Protection by Summitbridge Global Investments, LLC and 110 Motion for Relief From Stay by Summitbridge Global Investments, LLC. ALLOWED. THE HEARING IS CONTINUED TO JULY 1, 2003 AT 9:00 A.M. CREDITOR TO GIVE TELEPHONIC NOTICE FORTHWITH AND FILE A CERTIFICATE OF SERVICE. (ss) (Entered: 06/12/2003) |
| 06/13/2003 | 127 | Certificate of Service of Continued Hearings (Re: 109 Motion for Adequate Protection and 110 Motion for Relief From Stay). Filed by Creditor Summitbridge Global Investments, LLC. (ach) (Entered: 06/16/2003) |
| 06/16/2003 | 126 | Joint Emergency Motion Filed by Debtor Merrimac Paper Company, |

| | | |
|---|---|---|
| | | Inc. and Official Committee of Unsecured Creditors to Modify 115 Order on Granting 105 Expedited Motion For Order Authorizing the Debtors to Enter into Insurance Premium Fianancing Agreement Filed by Debtor Merrimac Paper Company, Inc. c/s (jr, ) (Entered: 06/16/2003) |
| 06/16/2003 | 128 | Amended Order Approving 126 Joint Emergency Motion Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditors to Modify 115 Order on Granting 105 Expedited Motion For Order Authorizing the Debtors to Enter into Insurance Premium Fianancing Agreement Filed by Debtor Merrimac Paper Company, Inc. See Order For Full Text. (jr) (Entered: 06/16/2003) |
| 06/16/2003 | 129 | Assented to Motion by Debtors to Extend the Time within which to Respond to Motion of the Creditors Ralph Harrison and Alan R. Eggert for Relief from the Automatic Stay. c/s (jr, ) (Entered: 06/17/2003) |
| 06/17/2003 | 131 | Endorsed Order Re: 129 Assented to Motion by Debtors to Extend the Time within which to Respond to Motion of the Creditors Ralph Harrison and Alan R. Eggert for Relief from the Automatic Stay. ALLOWED. 6/17/2003. (corc) (Entered: 06/18/2003) |
| 06/17/2003 | 134 | Motion by Debtors Requesting Order Fixing Bar Date and Approving Form of Notice Filed by Debtor Merrimac Paper Company, Inc. (jr, ) (Entered: 06/19/2003) |
| 06/18/2003 | 130 | Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. c/s (jr, ) (Entered: 06/18/2003) |
| 06/18/2003 | 132 | Endorsed Order Regarding 130 Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. ALLOWED AS FOLLOWS: AN EMERGENCY HEARING ON JOINT EMERGENCY MOTION FOR RECONSIDERATION WILL BE HELD ON THURSDAY, JUNE 19, 2003 AT 11:45 AM. REQUEST FOR TELEPHONIC HEARING DENIED. DEBTOR TO GIVE NOTICE TO AIC, UST, AND ALL OTHER PARTIES IN INTEREST FORTHWITH. (jr, ) (Entered: 06/18/2003) |
| 06/18/2003 | | Hearing scheduled for 6/19/2003 at 11:45 AM Worcester Courtroom 3 RE: 130 Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance |

| | | |
|---|---|---|
| | | Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. (jr , ) (Entered: 06/18/2003) |
| 06/18/2003 | ◑133 | Certificate of Service by Jesse Redlener Re: 132 Endorsed Order Setting Hearing on 130 Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. (jr , ) (Entered: 06/18/2003) |
| 06/19/2003 | ◑ | Hearing Held Re: 130 Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. (jr , ) (Entered: 06/19/2003) |
| 06/19/2003 | ◑135 | Order Regarding 130 Joint Emergency Motion for Reconsideration of the 128 Modified Order Authorizing the Debtors to Enter into Insurance Premium Financing Agreement Filed by Debtor Merrimac Paper Company, Inc. and Official Committee of Unsecured Creditor. DEBTOR MAY ENTER INTO AN INSURANCE PREMIUM FINANCING AGREEMENT PROVIDED THAT EITHER THE FINANCING AGREEMENT OR THE INSURANCE COMPANY AGREES TO GIVE THE DEBTOR AND DEBTOR'S COUNSEL 10 DYAS WRITTEN NOTICE OF ANY CANCELLATION OR NON-RENEWAL OF INSURANCE. (jr , ) (Entered: 06/19/2003) |
| 06/19/2003 | ◑136 | Endorsed Order Denying 134 Motion by Debtors Requesting Order Fixing Bar Date and Approving Form of Notice Filed by Debtor Merrimac Paper Company, Inc. DENIED WITHOUT PREJUDICE. EXHIBIT A IS MISSING AND REQUEST IN PARAGRAPH 12 IS BROADER THAN RELIEF GENERALLY ALLOWED UNDER THE FED.R.BANKR.P. (jr , ) (Entered: 06/19/2003) |
| 06/20/2003 | ◑137 | Amended Order Re: 115 Order Approving Motion for Order Authorizing the Debtors to Enter Into Insurance Premium Financing Agreement. See Order For Full Text. (jr , ) (Entered: 06/20/2003) |
| 06/20/2003 | ◑138 | 454 (Recover Money/Property): 435 (To Determine Validity, Priority, or Extent of a Lien): 457 (To Subordinate any Allowed Claim or Interest) Complaint by Merrimac Paper Company, et al against Ralph Harrison , Alan Eggert . Receipt Number 00551772, Fee Amount $150 (hrc, USBC) (Entered: 06/20/2003) |
| 06/20/2003 | ◑139 | Opposition by Debtor Merrimac Paper Company, Inc. to 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or |

| | | Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 06/23/2003) |
|---|---|---|
| 06/25/2003 | 140 | Assented to Request Filed by Creditors Alan R. Eggert and Ralph Harrison for a Continuance of a Hearing Re: 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies and Request to modify Notice Requirements Filed by Creditors Alan R. Eggert and Ralph Harrison. (jr , ) (Entered: 06/25/2003) |
| 06/25/2003 | 141 | Certificate of Service Re: 140 Assented to Request Filed by Creditors Alan R. Eggert and Ralph Harrison for a Continuance of a Hearing Re: 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. (jr , ) (Entered: 06/25/2003) |
| 06/25/2003 | 142 | Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice. (jr , ) (Entered: 06/25/2003) |
| 06/25/2003 | 143 | Certificate of Service Re: 142 Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice Motion to Set Bar Date Filed by Jesse Redlener. (jr , ) (Entered: 06/25/2003) |
| 06/25/2003 | 144 | Order Granting 140 Assented to Request Filed by Creditors Alan R. Eggert and Ralph Harrison for a Continuance of a Hearing Re: 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies and Regarding Request to Modify Notice Requirements Filed by Creditors Alan R. Eggert and Ralph Harrison. ALLOWED. A HEARING ON THE MOTION FOR RELIEF IS SCHEDULED FOR JULY 31, 2003 AT 10:30 AM. MOVANT TO GIVE NOTICE AND FILE A CERTIFICATE OF SERVICE. A REPLY BRIEF MAY BE FILED ON OR BEFORE JULY 25, 2003. NO ADDITIONAL RESPONSES MAY BE FILED WITHOUT FURTHER ORDER OF THE COURT. (jr , ) (Entered: 06/25/2003) |
| 06/26/2003 | 145 | Order Granting Motion To Set Bar Date Re: 142 Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice. Proofs of Claims due by 8/15/2003. Government proof of claim due by 12/23/2003. ALLOWED. BAR DATE IS SET AT AUGUST 15, 2003. (jr , ) (Entered: 06/26/2003) |
| 06/30/2003 | 146 | Certificate of Service Re: 144 Order Granting 140 Assented to Request Filed by Creditors Alan R. Eggert and Ralph Harrison for a |

| | | Continuance of a Hearing Re: 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies and Regarding Request to Modify Notice Requirements Filed by Creditors Alan R. Eggert and Ralph Harrison Filed by Robert J. Shea. (jr) (Entered: 06/30/2003) |
|---|---|---|
| 06/30/2003 | 147 | Motion for Authority to Conduct Rule 2004 Examination of PriceWaterhouseCoopers LLP Filed by Official Committee of Unsecured Creditor. c/s (jr , ) (Entered: 06/30/2003) |
| 06/30/2003 | 148 | Certificate of Service Re: 145 Order Granting Motion To Set Bar Date Re: 142 Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice. Proofs of Claims due by 8/15/2003. Government proof of claim due by 12/23/2003. ALLOWED. BAR DATE IS SET AT AUGUST 15, 2003 Filed by Andrew Lizotte. (jr , ) (Entered: 06/30/2003) |
| 07/01/2003 | | Hearing Held Re: 110 Motion for Relief from Stay Re: Balance of a Tax Refund with Memorandum of Law In Support of Motion Filed by Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 07/02/2003) |
| 07/01/2003 | | Hearing Held Re: 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 07/02/2003) |
| 07/02/2003 | 149 | Order Regarding 110 Motion for Relief from Stay Re: Balance of a Tax Refund with Memorandum of Law In Support of Motion Filed by Creditor Summitbridge Global Investments, LLC. TAKEN UNDER ADVISEMENT. (jr , ) (Entered: 07/02/2003) |
| 07/02/2003 | 150 | Order of 7/1/03 Regarding 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. #109 DENIED. EVIDENTIARY HEARING ON MOTION AND OBJECTIONS SCHEDULED FOR SEPTEMBER 11, 2003 AT 1:00 PM. COURT WILL ISSUE A PREHEARING ORDER. (jr , ) (Entered: 07/02/2003) |
| 07/02/2003 | 151 | CONTESTED MATTER PREHEARING ORDER: Regarding 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. See Order For Full Text. (jr , ) (Entered: 07/02/2003) |
| 07/02/2003 | | Evidentiary Hearing scheduled for 9/11/2003 at 01:00 PM Worcester Courtroom 3 Re: 109 Motion for Adequate Protection Re: Security |

| | | Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. (jr , ) (Entered: 07/29/2003) |
|---|---|---|
| 07/03/2003 | 152 | Assented to Motion of Debtors and Debtors in Possession for an Order Extending the Exclusivity Periods During Which the Debtors May File a Plan or Plans of Reorganization and Solicit Acceptances Thereof Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 07/03/2003) |
| 07/03/2003 | 153 | Motion for Entry of Bridge Order or, in the Alternative, Expedited Hearing, on 152 Assented to Motion of Debtors and Debtors in Possession for an Order Extending the Exclusivity Periods During Which the Debtors May File a Plan or Plans of Reorganization and Solicit Acceptances Thereof Filed by Debtor Merrimac Paper Company, Inc. (Expedited Determination Requested) c/s (jr , ) (Entered: 07/03/2003) |
| 07/03/2003 | 154 | Endorsed Order Granting 153 Motion for Entry of Bridge Order or, in the Alternative, Expedited Hearing, on 152 Assented to Motion of Debtors and Debtors in Possession for an Order Extending the Exclusivity Periods During Which the Debtors May File a Plan or Plans of Reorganization and Solicit Acceptances Thereof Filed by Debtor Merrimac Paper Company, Inc. AN EXPEDITED HEARING ON #152 THE EXCLUSIVITY MOTION IS SCHEDULED FOR JULY 10, 2003 AT 11:30 AM. DEBTORS' COUNSEL TO PROVIDE NOTICE FORTHWITH AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (jr , ) (Entered: 07/03/2003) |
| 07/07/2003 | 155 | Order Denying 110 Motion For Relief From Stay by Summitbridge Global Investment LLC. 110 DENIED WITHOUT PREJUDICE. THE COURT IS NOT SATISFIED THAT THERE IS A BASIS FOR GRANTING RELIEF AT THIS TIME. IT DOES NOT APPEAR THAT THERE HAS BEEN ANY CHANGE IN CIRCUMSTANCES SINCE THE PRIOR STIPULATIONS AND ORDERS IN THIS CASE. IT APPEARS THAT THESE FUNDS MAY WELL BE NECESSARY FOR AN EFFECTIVE REORGANIZATION SUMMITBRIDGE IS ADEQUATELY PROTECTED. STAY CONTINUES IN EFFECT. (ach) (Entered: 07/07/2003) |
| 07/10/2003 | | Hearing Held RE: 152 Assented to Motion of Debtors and Debtors in Possession for an Order Extending the Exclusivity Periods During Which the Debtors May File a Plan or Plans of Reorganization and Solicit Acceptances Thereof Filed by Debtor. (corc) (Entered: 07/10/2003) |
| 07/10/2003 | 156 | Order Granting Re: 152 Assented to Motion of Debtors and Debtors in Possession for an Order Extending the Exclusivity Periods During Which the Debtors May File a Plan or Plans of Reorganization and |

| | | |
|---|---|---|
| | | Solicit Acceptances Thereof Filed by Debtor. (See Order For Full Text) 7/10/2003. (corc) (Entered: 07/10/2003) |
| 07/18/2003 | ➋157 | Endorsed Order Granting 147 Motion for Authority to Conduct Rule 2004 Examination of PriceWaterhouseCoopers LLP Filed by Official Committee of Unsecured Creditor. ALLOWED. NO OBJECTIONS FILED. (jr , ) (Entered: 07/18/2003) |
| 07/18/2003 | ➋158 | Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. c/s (jr , ) Modified on 8/11/2003 (jr , ). (Entered: 07/22/2003) |
| 07/18/2003 | ➋159 | Supplemental 148 Certificate of Service Re: 145 Order Granting Motion To Set Bar Date Re: 142 Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice. Proofs of Claims due by 8/15/2003. Government proof of claim due by 12/23/2003. ALLOWED. BAR DATE IS SET AT AUGUST 15, 2003 Filed by Andrew Lizotte. (jr , ) (Entered: 07/22/2003) |
| 07/25/2003 | ➋160 | Reply Brief of Alan R. Eggert and Ralph Harrison to the Debtors 139 Opposition by Debtor Merrimac Paper Company, Inc. to 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 07/28/2003) |
| 07/28/2003 | ➋161 | Objection by Debtor Merrimac Paper Company, Inc. Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 07/29/2003) |
| 07/28/2003 | ➋163 | Notice of Assent Filed by Debtor Merrimac Paper Company, Inc. R: 162 Joint Report Pursuant to Rule 26(f). (jr , ) (Entered: 07/29/2003) |
| 07/29/2003 | ➋162 | Joint Report Pursuant to Rule 26(f). (jr , ) (Entered: 07/29/2003) |
| 07/29/2003 | ➋164 | Assented to Motion for Relief from the Automatic Stay to Collect Against Debtor's Insurance Policy Filed by Creditor Foley Hoag LLP with Affidavit of Peter M. Rosenblum. Objections due by 8/11/2003. Receipt Number 512828, Fee Amount $75. c/s (jr , ) (Entered: 07/29/2003) |
| 07/30/2003 | ➋165 | Hearing scheduled for 8/14/2003 at 10:30 AM Worcester Courtroom 3 Re: 164 Assented to Motion for Relief from the Automatic Stay to Collect Against Debtor's Insurance Policy Filed by Creditor Foley |

| | | Hoag LLP with Affidavit of Peter M. Rosenblum. (jr , ) (Entered: 07/30/2003) |
|---|---|---|
| 07/30/2003 | 166 | Supplemental 148 Certificate of Service Re: 145 Order Granting Motion To Set Bar Date Re: 142 Renewed Motion by Debtor Merrimac Paper Company, Inc. Requesting Order Fixing Bar Date and Approving Form of Notice. Proofs of Claims due by 8/15/2003. Government proof of claim due by 12/23/2003 Filed by Andrew Lizotte. (jr , ) (Entered: 07/31/2003) |
| 08/04/2003 | 167 | Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 08/04/2003) |
| 08/04/2003 | 168 | First Fee Application for Compensation and Reimbursement of Expenses of Gadsby Hannah LLP, Counsel to the Official Committee of Unsecured Creditors. Period: 3/25/2003 to 7/11/2003, Fee: $66086.00, Expenses: $5067.32. c/s (jr , ) (Entered: 08/06/2003) |
| 08/05/2003 | 169 | Disclosure Statement with Respect to Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 08/06/2003) |
| 08/05/2003 | 170 | Joint Reorganization Plan with Service Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. (jr , ) (Entered: 08/06/2003) |
| 08/05/2003 | 171 | Debtors' Motion for Order (i) Approving 169 Disclosure Statement Relating to 170 Joint Reorganization Plan of Merrimack Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 08/06/2003) |
| 08/05/2003 | 175 | Certificate of Service Re: 165 Hearing Scheduled Filed by Foley Hoag LLP. (jr , ) (Entered: 08/07/2003) |
| 08/06/2003 | 172 | Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 Re: 168 First Fee Application for Compensation and Reimbursement of Expenses of Gadsby Hannah LLP, Counsel to the Official Committee of Unsecured Creditors. Objections due by 8/29/2003 at 04:30 PM. (jr , ) (Entered: 08/06/2003) |
| | | |

| 08/07/2003 | ❿173 | Hearing Scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR Re: 171 Debtors' Motion for Order (i) Approving 169 Disclosure Statement Relating to 170 Joint Reorganization Plan of Merrimack Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation Filed by Debtor Merrimac Paper Company, Inc. Responses due by 9/2/2003 at 12:00 PM. (ss) (Entered: 08/07/2003) |
| --- | --- | --- |
| 08/07/2003 | ❿174 | Court Certificate of Mailing Re: 173 Hearing Scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR Re: 171 Debtors' Motion for Order (i) Approving 169 Disclosure Statement Relating to 170 Joint Reorganization Plan of Merrimack Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation. (ss) (Entered: 08/07/2003) |
| 08/08/2003 | ❿176 | Certificate of Service of 173 Hearing Scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR Re: 171 Debtors' Motion for Order (i) Approving 169 Disclosure Statement Relating to 170 Joint Reorganization Plan of Merrimack Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation Filed by Debtor Merrimac Paper Company, Inc. Responses due by 9/2/2003 at 12:00 PM. (ach) (Entered: 08/11/2003) |
| 08/08/2003 | ❿177 | First Interim Application for Compensation and Reimbusement of Expenses by Hanify and King, Professional Corp., Counsel to the Debtors. Filed by Attorney Andrew G. Lizotte. c/s. (ach) (Entered: 08/11/2003) |
| 08/08/2003 | ❿178 | First Interim Application for Compensation and Reimbursement of Expenses for Valuation Perspectives, Inc. for Period: 3/17/2003 to 6/30/2003 Fee: $46,560.00, Expenses: $177.46. Filed by Consultant Valuation Perspectives, Inc. c/s. (ach) (Entered: 08/11/2003) |
|  |  |  |

| 08/08/2003 | ❹179 | Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. c/s. (ach) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | ❹180 | First Interim Application for Compensation and Reimbursement of Expenses by Special Counsel to the Debtors Hinckley, Allen and Snyder LLP. c/s. (ach) (Entered: 08/11/2003) |
| 08/08/2003 | ❹185 | Certificate of Service 181182183184 Hearing Scheduled on 180 First Interim Application for Compensation and Reimbursement of Expenses by Special Counsel to the Debtors Hinckley, Allen and Snyder LLP, 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor, 178 First Interim Application for Compensation and Reimbursement of Expenses for Valuation Perspectives, Inc, Inc., and 177 First Interim Application for Compensation and Reimbusement of Expenses by Hanify and King, Professional Corp., Counsel to the Debtors. (ach) (Entered: 08/11/2003) |
| 08/11/2003 | ❹181 | Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR for 180 First Interim Application for Compensation and Reimbursement of Expenses by Special Counsel to the Debtors Hinckley, Allen and Snyder LLP. Objections due by 9/2/2003 at 12:00 PM. (ach) (Entered: 08/11/2003) |
| 08/11/2003 | ❹182 | Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR for 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. Objections due by 9/2/2003 at 12:00 PM. (ach) (Entered: 08/11/2003) |
| 08/11/2003 | ❹183 | Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR for 178 First Interim Application for Compensation and Reimbursement of Expenses for Valuation Perspectives, Inc, Inc. Objections due by 9/2/2003 at 12:00 PM. (ach) (Entered: 08/11/2003) |
| 08/11/2003 | ❹184 | Hearing scheduled for 9/4/2003 at 11:00 PM Worcester Courtroom 3 - JBR for 177 First Interim Application for Compensation and Reimbusement of Expenses by Hanify and King, Professional Corp., Counsel to the Debtors. Objections due by 9/2/2003 at 12:00 PM. (Entered: 08/11/2003) |
| 08/11/2003 | ❹ | Corrective Entry Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. CORRECTIVE ENTRY: Text Changed as Follows: Filed by Official Committee of Unsecured Creditors. (jr , ) (Entered: 08/11/2003) |

| 08/11/2003 | ❍186 | Request for Expedited Hearing Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. c/s (jr , ) (Entered: 08/11/2003) |
|---|---|---|
| 08/11/2003 | ❍187 | Endorsed Order Granting 186 Request for Expedited Hearing Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. ALLOWED. A HEARING ON THE COMMITTEE'S MOTION TO EMPLOY VERDOLINO AND LOWEY WILL BE HELD BY TELEPHONE ON TUESDAY, AUGUST 12, 2003 AT 11:00 AM. MOVANT TO SET UP A DIAL IN NUMBER AND GIVE NOTICE OF THE HEARING FORTHWITH TO THE DEBTORS, SUMMIT, US TRUSTEE AND FILE A CERTIFICATE OF SERVICE. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ❍ | Hearing Held Re: 119 Motion for Relief From Stay filed by Ralph Harrison and Alan R. Eggert. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ❍188 | Order Denying 119 Motion for Relief from Stay to Continue Litigating Two Related Civil Actions and to Proceed Against any Available Insurance Policy or Policies Filed by Creditors Alan R. Eggert and Ralph Harrison. #119 DENIED WITHOUT PREJUDICE. IT WOULD APPEAR THAT IF THE PLAN OF REORGANIZATION CURRENTLY PENDING IS CONFIRMED, MANY IF NOT ALL OF THE ISSUES RAISED BY THE STAYED LITIGATION WILL BE RESOLVED OR RENDERED MOOT. REQUIRING THE DEBTOR TO BEAR THE EXPENSE OF LITIGATION AT THIS TIME DOES NOT SEEM PRUDENT. FURTHER, IF AP #4181 REMAINS IN THIS COURT, MANY OF THE OTHER ISSUES WHICH MIGHT REMAIN IN THE STAYED LITIGATION COULD BE RESOLVED IN THE CONFIRMATION PROCESS. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ❍189 | Certificate of Service Filed by Charles Dale Re: 187 Endorsed Order Granting 186 Request for Expedited Hearing Re: 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. (jr , ) (Entered: 08/11/2003) |
| 08/11/2003 | ❍192 | Objection by Creditor Summitbridge Global Investments, LLC to 168 First Fee Application for Compensation and Reimbursement of Expenses of Gadsby Hannah LLP, Counsel to the Official Committee of Unsecured Creditors. c/s (jr , ) (Entered: 08/13/2003) |
| 08/11/2003 | ❍197 | Notice of Change of Address Filed by Creditor Sensient Colors, Inc.. (ld , ) (Entered: 08/19/2003) |
|  |  |  |

| 08/12/2003 | ❸191 | Motion Filed by Debtor Merrimac Paper Company, Inc. to Remove Claims from Clerk's Office. c/s (jr , ) (Entered: 08/13/2003) |
|---|---|---|
| 08/13/2003 | ❸ | Hearing Held Re: 158 Application to Employ Verdolino and Lowey as Financial Advisors filed by Official Committee of Unsecured Creditor. (jr , ) (Entered: 08/13/2003) |
| 08/13/2003 | ❸190 | Order Granting 158 Application to Employ Verdolino & Lowey as Financial Advisors With Affidavit of Keith D. Lowey, CPA Filed by Official Committee of Unsecured Creditors. #158 GRANTED. #161 OVERRULED. (jr , ) (Entered: 08/13/2003) |
| 08/14/2003 | ❸ | Hearing Held Re: 164 Assented to Motion for Relief from the Automatic Stay to Collect Against Debtor's Insurance Policy Filed by Creditor Foley Hoag LLP with Affidavit of Peter M. Rosenblum. (jr , ) (Entered: 08/14/2003) |
| 08/14/2003 | ❸193 | Order Granting 164 Assented to Motion for Relief from the Automatic Stay to Collect Against Debtor's Insurance Policy Filed by Creditor Foley Hoag LLP with Affidavit of Peter M. Rosenblum. See Order For Full Text. (jr , ) (Entered: 08/14/2003) |
| 08/14/2003 | ❸194 | Endorsed Order Granting 191 Motion Filed by Debtor Merrimac Paper Company, Inc. to Remove Claims from Clerk's Office. ALLOWED. (jr , ) (Entered: 08/14/2003) |
| 08/14/2003 | ❸195 | Consent by Official Committee of Unsecured Creditor To 191 Motion Filed by Debtor Merrimac Paper Company, Inc. to Remove Claims from Clerk's Office. c/s (jr , ) (Entered: 08/14/2003) |
| 08/14/2003 | ❸196 | Certificate of Service Re: 172 Hearing Scheduled Filed by Charles A. Dale III. (jr , ) (Entered: 08/18/2003) |
| 08/14/2003 | ❸198 | Notice of Amendment to Debtors' Schedules and Statements of Financial Affairs Re: 1 Voluntary Petition Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 08/19/2003) |
| 08/14/2003 | ❸199 | Amended 55 Schedules B and G and Amended 57 Statement of Financial Affairs in Merrimack Paper Company, Inc, Amended Schedule G and Amended Statement of Financial Affairs in Holyoke Card Company, Inc. and Amended Statement of Financial Affairs in Aquamac Corporation Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 08/21/2003) |
| 08/21/2003 | ❸200 | Court's Order of Deficiency Re: 199 Amended 55 Schedules B and G and Amended 57 Statement of Financial Affairs in Merrimack Paper Company, Inc, Amended Schedule G and Amended Statement of |

| | | |
|---|---|---|
| | | Financial Affairs in Holyoke Card Company, Inc. and Amended Statement of Financial Affairs in Aquamac Corporation Filed by Debtor Merrimac Paper Company, Inc. Deficiency Due 9/2/03. (jr) (Entered: 08/21/2003) |
| 08/25/2003 | 201 | Motion to Withdraw 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 08/25/2003) |
| 08/27/2003 | 202 | Endorsed Order of 8/26/03 Granting 201 Motion to Withdraw 109 Motion for Adequate Protection Re: Security Interest as to Certain Equipment Filed by Creditor Summitbridge Global Investments, LLC. ALLOWED. HEARING ON SEPTEMBER 11, 2003 IS HEREBY CANCELLED. (jr , ) (Entered: 08/27/2003) |
| 08/29/2003 | 203 | Motion to Extend Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 08/29/2003) |
| 08/29/2003 | 204 | Certificate of Service (Re: 203 Motion to Extend). Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 08/29/2003) |
| 08/29/2003 | 205 | Omnibus Objection of Creditors Alan R. Eggert and Ralph Harrison to 177, 178, 168, 179 and 180 All Interim Professional Fee Applications. c/s (jr , ) (Entered: 09/02/2003) |
| 08/29/2003 | 206 | Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC Filed by Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 09/02/2003) |
| 08/29/2003 | 207 | Motion to Convert Case to Chapter 7 Filed by Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 09/02/2003) |
| 08/29/2003 | 208 | Objection of Alan R. Eggert and Ralph Harrison to 169 Disclosure Statement with Respect to 170 Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr) (Entered: 09/02/2003) |
| 08/29/2003 | 209 | Certificate of Conference Pursuant to MLBR 9013-1(b) Filed by Jeffrey Renton. c/s (jr , ) (Entered: 09/02/2003) |
| 08/29/2003 | 211 | Objection of the Pension Benefit Guaranty Corp. Re: 169 Disclosure Statement with Respect to Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 09/02/2003) |
| | | |

| 08/29/2003 | 212 | Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. c/s (jr , ) (Entered: 09/02/2003) |
| 08/29/2003 | 213 | Verified Declarations Re: 200 Court's Order of Deficiency on 198 Notice of Amendment to Debtors' Schedules and Statements of Financial Affiars Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 09/02/2003) |
| 09/02/2003 | 210 | Response of Officail Committee of Unsecured Creditors to 169 Debtors' Disclosure Statement with Respect to 170 Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 09/02/2003) |
| 09/03/2003 | 214 | Hearing scheduled for 9/25/2003 at 11:30 AM Worcester Courtroom 3 Re: 212 Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. (jr , ) (Entered: 09/03/2003) |
| 09/03/2003 | 215 | Emergency Motion to Appear Telephonically(Re: 182 Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR for 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. Objections due by 9/2/2003 at 12:00 PM. (ach)) Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 09/03/2003) |
| 09/03/2003 | 216 | Certificate of Service (Re: 215 Motion to Appear Telephonically, ). Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 09/03/2003) |
| 09/03/2003 | 217 | Endorsed Order Granting 215 Emergency Motion to Appear Telephonically Re: 182 Hearing scheduled for 9/4/2003 at 11:00 AM Worcester Courtroom 3 - JBR for 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. ALLOWED. (jr , ) (Entered: 09/03/2003) |
| 09/04/2003 |  | Hearing Held Re: 168 First Fee Application for Compensation and Reimbursement of Expenses of Gadsby Hannah LLP, Counsel to the Official Committee of Unsecured Creditors. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | 218 | Order Granting in Part 168 First Fee Application for Compensation and Reimbursement of Expenses of Gadsby Hannah LLP, Counsel to the Official Committee of Unsecured Creditors. #168 GRANTED IN PART. $30,000.00 ALLOWED AS INTERIM ALLOWANCE OF |

| | | |
|---|---|---|
| | | FEES. $3500.00 ALLOWED AS INTERIM ALLOWANCE OF EXPENSES. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙ | Hearing Held Re: 177 First Interim Application for Compensation and Reimbusement of Expenses by Hanify and King, Professional Corp., Counsel to the Debtors. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙219 | Order Granting in Part 177 First Interim Application for Compensation and Reimbusement of Expenses by Hanify and King, Professional Corp., Counsel to the Debtors. #177 GRANTED IN PART. $100,000 ALLOWED AS INTERIM ALLOWANCE OF FEES. $15,000.00 ALLOWED AS INTERIM ALLOWANCE OF EXPENSES. PRE PETITION RETAINER MAY BE APPLIED. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙ | Hearing Held Re: 178 First Interim Application for Compensation and Reimbursement of Expenses for Valuation Perspectives, Inc. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙220 | Order Granting in Part 178 First Interim Application for Compensation and Reimbursement of Expenses for Valuation Perspectives, Inc. #178 GRANTED IN PART. $30,000 ALLOWED AS INTERIM ALLOWANCE OF FEES. $177.46 ALLOWED AS INTERIM ALLOWANCE OF EXPENSES. PRE PETITION RETAINER MAY BE APPLIED. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙ | Hearing Held Re: 180 First Interim Application for Compensation and Reimbursement of Expenses by Special Counsel to the Debtors Hinckley, Allen and Snyder LLP. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙221 | Order Regarding 180 First Interim Application for Compensation and Reimbursement of Expenses by Special Counsel to the Debtors Hinckley, Allen and Snyder LLP. $22,500.00 ALLOWED AS INTERIM ALLOWANCE OF FEES. $850.00 ALLOWED AS INTERIM ALLOWANCE OF EXPENSES. PRE PETITION RETAINER, IF ANY, MAY BE APPLIED. (jr , ) (Entered: 09/04/2003) |
| 09/04/2003 | ⊙ | Hearing Held Re: 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. (jr , ) (Entered: 09/05/2003) |
| 09/04/2003 | ⊙ | Hearing Held Re: 171 Debtors' Motion for Order (i) Approving 169 Disclosure Statement Relating to 170 Joint Reorganization Plan of Merrimack Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the |

| | | |
|---|---|---|
| | | Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 09/05/2003) |
| 09/04/2003 | 223 | First Amended (Blacklined Version) 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. FILED IN OPEN COURT 9/4/03. (jr , ) (Entered: 09/05/2003) |
| 09/04/2003 | 224 | First Amended (Blacklined Version) 169 Disclosure Statement with Respect to 223 First Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. FILED IN OPEN COURT 9/4/03. (jr , ) (Entered: 09/05/2003) |
| 09/04/2003 | 225 | Order (i) Approving 224 First Amended Disclosure Statement Relating to 223 First Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation. Confirmation hearing to be held on 11/5/2003 at 01:30 PM at Worcester Courtroom 3 - JBR. Last day to Object to Confirmation 10/14/2003. (jr , ) (Entered: 09/05/2003) |
| 09/05/2003 | 222 | Order of 9/4/03 Granting 179 Interim Application for Compensation And Request for Reimbursement of Expenses by John Leahy as Labor and Employment Counsel to Debtor. #179 GRANTED. #205 WITHDRAWN IN OPEN COURT AS TO #179. ALLOWED IN FULL AS INTERIM. PRE PETITION RETAINER, IF ANY, MAY BE APPLIED. (jr , ) (Entered: 09/05/2003) |
| 09/05/2003 | 226 | Hearing scheduled for Objections for 10/21/03 at 10:00 am in Boston. (jr , ) (Entered: 09/05/2003) |
| 09/05/2003 | 227 | Notice of Filing of Proposed Plan Recommendation Letter by the Official Committee of Unsecured Creditor. c/s (jr , ) (Entered: 09/05/2003) |
| 09/05/2003 | 228 | Endorsed Order Re: 227 Notice of Filing of Proposed Plan Recommendation Letter by the Official Committee of Unsecured Creditor. LETTER APPROVED. (jr , ) (Entered: 09/05/2003) |
| 09/08/2003 | 229 | First 223 Amended 170 Chapter 11 Plan Filed by Debtor Merrimac |

| | | Paper Company, Inc. (jr , ) (Entered: 09/08/2003) |
|---|---|---|
| 09/08/2003 | 230 | First Amended 169 Disclosure Statement Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 09/08/2003) |
| 09/08/2003 | 231 | Assented to Motion for an Order Extending Deadline to Repond to Creditors Ralph Harrison's and Alan R. Eggert's Motion to Convert Case to Chapter 7 Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 09/08/2003) |
| 09/08/2003 | 232 | Joint Motion to Extend Response Deadline Respecting Motion by Debtors for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees Filed by Debtor Merrimac Paper Company, Inc. and Pension Benefit Guaranty Corporation. c/s (jr , ) (Entered: 09/08/2003) |
| 09/08/2003 | 235 | Objection by Summitbridge Global Investments, LLC Re: 206 206 Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC Filed by Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 09/10/2003) |
| 09/08/2003 | 239 | Appearance by Michael T. Cetrone for Mary K. Logan. c/s (jr , ) (Entered: 09/12/2003) |
| 09/09/2003 | 233 | Endorsed Order Granting 231 Assented to Motion for an Order Extending Deadline to Repond to Creditors Ralph Harrison's and Alan R. Eggert's Motion to Convert Case to Chapter 7 Filed by Debtor Merrimac Paper Company, Inc. (9/12/03) ALLOWED. (jr , ) (Entered: 09/09/2003) |
| 09/09/2003 | 234 | Endorsed Order Granting 232 Joint Motion to Extend Response Deadline Respecting Motion by Debtors for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees Filed by Debtor Merrimac Paper Company, Inc. and Pension Benefit Guaranty Corporation. (9/12/03) ALLOWED. (jr , ) (Entered: 09/09/2003) |
| 09/09/2003 | 240 | Certificate of Service Re: 214 Hearing Scheduled Filed by Andrew Lizotte. (jr , ) (Entered: 09/12/2003) |
| 09/10/2003 | 236 | Objection by Debtor Merrimac Paper Company, Inc. Re: 206 Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC Filed by Alan R. Eggert and Ralph Harrison. c/s (jr , ) (Entered: 09/11/2003) |
| 09/12/2003 | 237 | Application of Debtors and Debtors in Possession to Retain Foley Hoag LLP as Special Litigation Counsel With Affidavit of Peter M. |

| | | |
|---|---|---|
| | | Rosenblum Filed by Debtor Merrimac Paper Company, Inc. c/s (jr , ) (Entered: 09/12/2003) |
| 09/12/2003 | 238 | Endorsed Order Granting 203 Motion to Extend Deadline to Assume or Reject Leases of Non-Residential Real Property Filed by Debtor Merrimac Paper Company, Inc. ALLOWED. NO OBJECTIONS. (jr , ) (Entered: 09/12/2003) |
| 09/12/2003 | 241 | Opposition by Debtor Merrimac Paper Company, Inc. Re: 207 Motion to Convert Case to Chapter 7 filed by Interested Party Ralph Harrison, Interested Party Alan R. Eggert, 183 Hearing Scheduled, 182 Hearing Scheduled,, 173 Hearing Scheduled,,, 172 Hearing Scheduled,, 181 Hearing Scheduled,, 184 Hearing Scheduled, (Redlener, Jesse) (Entered: 09/12/2003) |
| 09/12/2003 | 242 | Certificate of Service (Re: 241 Opposition, ). Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 09/12/2003) |
| 09/12/2003 | 243 | Response by Creditor Pension Benefit Guaranty Corp. To 212 Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. c/s (jr , ) (Entered: 09/15/2003) |
| 09/15/2003 | 244 | Hearing scheduled for 9/25/2003 at 11:30 AM Worcester Courtroom 3 Re: 207 Motion to Convert Case to Chapter 7 Filed by Alan R. Eggert and Ralph Harrison. (jr , ) (Entered: 09/15/2003) |
| 09/15/2003 | 245 | Hearing scheduled for 9/25/2003 at 11:30 AM Worcester Courtroom 3 Re: 206 Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC Filed by Alan R. Eggert and Ralph Harrison. (jr , ) (Entered: 09/15/2003) |
| 09/15/2003 | 246 | Reply Brief of Ralph Harrison and Alan R. Eggert in Further Support of Their 206 Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC. c/s (jr , ) (Entered: 09/16/2003) |
| 09/15/2003 | 247 | Certificate of Service Re: 225 Order (i) Approving 224 First Amended Disclosure Statement Relating to 223 First Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation. Confirmation hearing to be held on 11/5/2003 at 01:30 PM at Worcester Courtroom |