| | | 3 - JBR Filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 09/16/2003) |
|---|---|---|
| 09/17/2003 | ⊕248 | Certificate of Service Re: 245 and 244 Hearings Scheduled Filed by Robert Shea. (jr , ) (Entered: 09/17/2003) |
| 09/18/2003 | ⊕249 | Motion for Admission to Practice, Pro Hac Vice Filed by Kenneth J. Cooper for Creditor Pension Benefit Guaranty Corp. c/s (jr , ) (Entered: 09/19/2003) |
| 09/18/2003 | ⊕250 | Motion for Admission to Practice Pro Hac Vice Filed by Stephen D. Schreiber for Creditor Pension Benefit Guaranty Corp. c/s (jr , ) (Entered: 09/19/2003) |
| 09/19/2003 | ⊕251 | Order Granting 249 Motion for Admission to Practice, Pro Hac Vice Filed by Kenneth J. Cooper for Creditor Pension Benefit Guaranty Corp. See Order For Full Text. (jr , ) (Entered: 09/19/2003) |
| 09/22/2003 | ⊕252 | Order Granting 250 Motion for Admission to Practice, Pro Hac Vice by Stephen D. Schreiber. See Order For Full Text. (jr , ) (Entered: 09/22/2003) |
| 09/23/2003 | ⊕253 | Motion to File Surreply Brief in Further Opposition to Motion of Ralph Harrison and Alan R. Eggert for Authority to Conduct Rule 2004 Examinations Filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 09/24/2003) |
| 09/23/2003 | ⊕254 | Surreply Brief in Furhter Opposition to 206 Motion of Ralph Harrison and Alan R. Eggert for Authority to Conduct Rule 2004 Examination Filed by Creditor Summitbridge Global Investments, LLC. c/s (jr , ) (Entered: 09/24/2003) |
| 09/23/2003 | ⊕255 | Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. c/s (jr , ) (Entered: 09/24/2003) |
| 09/23/2003 | ⊕256 | Motion by Debtor Merrimac Paper Company, Inc. for Entry of Order Fixing Administrative Expense Claim Bar Date and Approving Form of Notice. c/s (jr , ) (Entered: 09/24/2003) |
| 09/23/2003 | ⊕257 | Supplemental Certificate of Service Re: 225 Order (i) Approving 224 First Amended Disclosure Statement Relating to 223 First Amended Joint Reorganization Plan of Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, (ii) Establishing Voting Record Holder Date, (iii) Approving Solicitation Procedures, Forms of Ballots, and Manner of Notice; (iv) Fixing the |

| | | Procedures and Deadline for the Filing of Pre-Confirmation Fee Applications; and (v) Fixing the Deadline for Filing Objections to Confirmation of the Plan and Scheduling Hearing on Plan Confirmation Filed by Andrew Lizotte. (jr , ) (Entered: 09/24/2003) |
|---|---|---|
| 09/24/2003 | 258 | Endorsed Order Granting 256 Motion by Debtor Merrimac Paper Company, Inc. for Entry of Order Fixing Administrative Expense Claim Bar Date and Approving Form of Notice. Administrative Bar Date Set for 11/3/2003. ALLOWED. (jr , ) (Entered: 09/24/2003) |
| 09/25/2003 | 260 | Order Denying 207 Motion to Convert Case to Chapter 7 Filed by Alan R. Eggert and Ralph Harrison. #207 DENIED. (jr , ) (Entered: 09/26/2003) |
| 09/25/2003 | | Hearing Held Re: 206 Motion of Ralph Harrison and Alan R. Eggert for Authority to Conduct 2004 Examination of SummitBridge Global Investment LLC. (jr , ) (Entered: 09/26/2003) |
| 09/25/2003 | 261 | Order Denying 206 Motion for Authority to Conduct 2004 Examination of Summitbridge Global Investment LLC Filed by Alan R. Eggert and Ralph Harrison. #206 DENIED. (jr , ) (Entered: 09/26/2003) |
| 09/26/2003 | 259 | Hearing Held and Continued Re: 212 Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. PRELIMINARY HEARING HELD. PBGC NEEDS FURTHER INFO WHICH DEBTOR WILL PROVIDE WITHIN 10-14 DAYS. FURTHER HEARING SCHEDULED FOR NOVEMBER 5, 2003 AT 1:30 PM. (jr , ) (Entered: 09/26/2003) |
| 09/26/2003 | 262 | Hearing scheduled for 10/9/2003 at 01:30 PM Worcester Courtroom 3 Re: 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. (jr , ) (Entered: 09/26/2003) |
| 09/29/2003 | 263 | Certificate of Service of the Notice of Bar Date for Filing Chapter 11 Administrative Expense Claims. Filed by Debtor Merrimac Paper Company, Inc. (ach ) (Entered: 10/02/2003) |
| 09/29/2003 | 264 | Certificate of Service of 262Hearing scheduled for 10/9/2003 at 01:30 PM Worcester Courtroom 3 Re: 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. (ach) (Entered: 10/02/2003) |

| 10/01/2003 | ➊265 | Endorsed Order Granting 237 Application of Debtors and Debtors in Possession to Retain Foley Hoag LLP as Special Litigation Counsel With Affidavit of Peter M. Rosenblum Filed by Debtor Merrimac Paper Company, Inc. ALLOWED. (jr , ) (Entered: 10/03/2003) |
| --- | --- | --- |
| 10/09/2003 | ➊ | Hearing Held and Continued for 10/22/2003 at 10:00 AM Worcester Courtroom 3 Re: 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. (jr , ) (Entered: 10/10/2003) |
| 10/09/2003 | ➊266 | Order Regarding 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. CONTINUED FOR EVIDENTIARY HEARING TO 10/22/03 AT 10:00 AM. (jr , ) (Entered: 10/10/2003) |
| 10/09/2003 | ➊267 | Opposition by Paper, Allied, Industrial Chemical and Energy Workers International Union Re: 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. FILED IN OPEN COURT 10/9/03. (jr , ) (Entered: 10/10/2003) |
| 10/10/2003 | ➊268 | CONTESTED MATTER PREHEARING ORDER Regarding 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. See Order For Full Text. AN EVIDENTIARY HEARING IS SCHEDULED FOR OCTOBER 22, 2003 AT 10:00 AM. (jr , ) (Entered: 10/10/2003) |
| 10/14/2003 | ➊269 | Consented to Motion for Order Extending Time for Official Committee of Unsecured Creditors to Object to Confirmation of Debtors' First Amended Plan of Reorganization. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | ➊270 | Objection of the Pension Benefit Guaranty Corp. to Proposed 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | ➊271 | Objection of Creditors Alan R. Eggert and Ralph Harrison Re: 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac |

| | | |
|---|---|---|
| | | Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | 272 | Objection by Creditor William L. Provost Jr. Re: 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | 273 | Objection by Sharon Ternullo Re: 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | 274 | Opposition by Local 3, Paper, Allied Industrial, Chemical and Energy Workers International Union Re: 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/14/2003 | 275 | Limited Objection by Commonwealth of Massachusetts ("MDOR") Re: 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr , ) (Entered: 10/15/2003) |
| 10/15/2003 | 276 | Endorsed Order Granting 269 Consented to Motion for Order Extending Time for Official Committee of Unsecured Creditors to Object to Confirmation of Debtors' First Amended Plan of Reorganization. ALLOWED. (jr , ) (Entered: 10/15/2003) |
| 10/16/2003 | 279 | Notice of Appearance and Request for Service of Papers by Christopher J. McCarty for Creditor William L. Provost Jr. c/s (jr , ) (Entered: 10/20/2003) |
| 10/16/2003 | 283 | Second Application of Gadsby Hannah, LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period July 15, 2003, throuth September 30, 2003. c/s (jr , ) (Entered: 10/22/2003) |
| 10/16/2003 | 284 | Second Interim Application for Compensation and Reimbursement of Expenses by Hanify and King, Professionsl Corporation, Counsel to the Debtors. c/s (jr , ) (Entered: 10/22/2003) |
| 10/16/2003 | 285 | Second Interim Application for Compensation and Reimbursement of Expenses by Hinckley, Allen and Snyder LLP, Special Counsel to the Debtors. c/s (jr , ) (Entered: 10/22/2003) |
| 10/16/2003 | 286 | Second Interim Application for Compensation and Reimbursement of Expenses of Valuation Perspectives, Inc., Financial Consultants to |

| | | |
|---|---|---|
| | | Debtors. c/s (jr , ) (Entered: 10/22/2003) |
| 10/16/2003 | 287 | Interim Application for Fee and Expenses by Verdolino and Lowey, Financial Advisor to the Official Committee of Unsecured Creditors. c/s (jr , ) (Entered: 10/22/2003) |
| 10/17/2003 | 277 | Expedited Motion to Appear Telephonically Re: 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation Filed by Creditor Pension Benefit Guaranty Corp. c/s (jr , ) (Entered: 10/17/2003) |
| 10/17/2003 | 282 | Second Application for Compensation and Request for Reimbursement of Expenses by John T. Leahy, as Labor and Employment Counsel. c/s (jr , ) (Entered: 10/22/2003) |
| 10/20/2003 | 278 | Endorsed Order Granting 277 Expedited Motion to Appear Telephonically Re: 229 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation Filed by Creditor Pension Benefit Guaranty Corp. ALLOWED. ATTORNEY WILLIAMS TO SETUP A DIAL IN NUMBER AND PROVIDE SUCH NUMBER TO THE COURT BY CONTACTING HALINA MAGEROWSKI AT (508) 770-8927. (jr , ) (Entered: 10/20/2003) |
| 10/21/2003 | 280 | Joint Motion to Continue Hearing on 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. c/s (jr , ) (Entered: 10/21/2003) |
| 10/21/2003 | 281 | Endorsed Order Granting 280 Joint Motion to Continue Hearing on 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113. ALLOWED. HEARING SCHEDULED FOR OCT. 22, 2003 IS CANCELLED. STIPULATION TO BE FILED WITHIN TEN DAYS. MOVANT TO PROVIDE TELEPHONIC OR FAX NOTICE AND FILE A CERTIFICATE OF SERVICE. (jr , ) (Entered: 10/21/2003) |
| 10/21/2003 | 288 | Objection by Mary K. Logan to 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. FILED IN OPEN COURT 10/21/03. (Fax Filed 10/14/03 to Private Fax of Chief Deputy Clerk) c/s (jr , ) (Entered: 10/22/2003) |
| 10/21/2003 | | Hearing Held in Boston Re: Objections to 223 Amended Chapter 11 |

| | | Plan filed by Debtor Merrimac Paper Company, Inc. (jr , ) (Entered: 10/23/2003) |
|---|---|---|
| 10/23/2003 | ☉289 | Order of 10/21/03 Re: Objections to 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. EVIDENTIARY HEARINGS ON ALL OBJECTIONS TO CONFIRMATION SHALL BE HEARD COMMENCING 11/5/03 AT 1:30 PM. HEARINGS, IF NECESSARY, WILL CONTINUE ON 11/6/03 AT 1:30 PM, 11/7/03 AT 9:30 AM AND 11/10/03 AT 9:30 AM. MS. LOGAN'S COUNSEL MAY HAVE UNTIL 10/31/03 AT NOON TO SUPPLEMENT HIS MEMO OF LAW. (jr , ) (Entered: 10/23/2003) |
| 10/23/2003 | ☉ | Evidentiary Hearing Scheduled for 11/5/2003 at 01:30 PM Worcester Courtroom 3 Re: Objections to 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. (jr , ) (Entered: 10/23/2003) |
| 10/23/2003 | ☉290 | Certificate of Service Re: 281 Endorsed Order Granting 280 Joint Motion to Continue Hearing on 255 Motion by Debtors for Rejection of Collective Bargaining Agreement Between Merrimac Paper Company, Inc. and Lawrence Local No. 3 Paper, Allied-Industrial, Chemical and Energy Workers International Union, Pursuant to 11 U.S.C. 1113 Filed by Andrew Lizotte. (jr , ) (Entered: 10/24/2003) |
| 10/24/2003 | ☉291 | Certificate of Service Re: 289 Order of 10/21/03 Re: Objections to 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation Filed by Andrew Lizotte. (jr, usbc) (Entered: 10/27/2003) |
| 10/27/2003 | ☉292 | First 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified. (Blacklined Version) (jr, usbc) (Entered: 10/27/2003) |
| 10/27/2003 | ☉293 | First 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified. (Cleaned) c/s (jr, usbc) (Entered: 10/27/2003) |
| 10/27/2003 | ☉294 | Motion for Approval of 293 Nonadverse Modification to 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified. c/s (jr, usbc) (Entered: 10/27/2003) |
| | | |

| 10/27/2003 | ➌295 | Joint Motion to Extend 4 Cash Collateral Orders and to Postpone Hearing Filed by Debtor Merrimac Paper Company, Inc. and Creditor Summitbridge Global Investments, LLC. c/s (jr, usbc) (Entered: 10/27/2003) |
| --- | --- | --- |
| 10/27/2003 | ➌296 | Endorsed Order Granting 295 Joint Motion of Debtors and SummitBridge Global Investment, LLC to Extend Cash Collateral Orders and to Postpone Hearing Re: 77 Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. ALLOWED. THE HEARING ON DEBTORS' MOTION RE: CASH COLLATERAL IS CONTINUED TO 11/5/03 AT 1:30 PM. USE OF CASH COLLATERAL CONTINUED ON SAME TERMS AND CONDITIONS AS PREVIOUS ORDER. (jr, usbc) (Entered: 10/27/2003) |
| 10/27/2003 | ➌297 | Supplemental Document (Re: 293 Amended Chapter 11 Plan). Filed by Debtor Merrimac Paper Company, Inc. (Attachments: # 1 Certificate of Service# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E) (Redlener, Jesse) (Entered: 10/27/2003) |
| 10/28/2003 | ➌298 | Hearing scheduled for 11/5/2003 at 01:30 PM Worcester Courtroom 3 Re: 294 Motion for Approval of 293 Nonadverse Modification to 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 10/28/2003) |
| 10/29/2003 | ➌299 | Motion to Assume/Reject *Collective Bargaining Agreement* Filed by Debtor Merrimac Paper Company, Inc. (Attachments: # 1 Certificate of Service# 2 Exhibit A) (Redlener, Jesse) (Entered: 10/29/2003) |
| 10/29/2003 | ➌300 | Expedited Motion *for Hearing on Motion to Amend and Assume Collective Bargaining Agreement* Filed by Debtor Merrimac Paper Company, Inc. (Redlener, Jesse) (Entered: 10/29/2003) |
| 10/29/2003 | ➌301 | Endorsed Order Granting 300 Expedited Motion for Hearing on Motion to Amend and Assume Collective Bargaining Agreement Filed by Debtor Merrimac Paper Company, Inc. AN EXPEDITED HEARING IS SCHEDULED FOR 11/5/03 AT 1:30 PM. MOVANT TO PROVIDE NOTICE FORTHWITH AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (jr, usbc) (Entered: 10/29/2003) |
| 10/29/2003 | ➌ | Hearing Scheduled for 11/5/2003 at 01:30 PM Worcester Courtroom 3 Re: 299 Motion to Assume/Reject Collective Bargaining Agreement Filed by Debtor Merrimac Paper Company, Inc. (jr, usbc) (Entered: 10/29/2003) |
| 10/29/2003 | ➌304 | Certificate of Service Re: 298 Hearing scheduled for 11/5/2003 at |

| | | |
|---|---|---|
| | | 01:30 PM Worcester Courtroom 3 Re: 294 Motion for Approval of 293 Nonadverse Modification to 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified Filed by Andrew Lizotte. (jr, usbc) (Entered: 11/03/2003) |
| 10/30/2003 | 302 | Notice of Hearing *with Certificate of Service* Filed by Debtor Merrimac Paper Company, Inc. (RE: Hearing Scheduled). (Redlener, Jesse) (Entered: 10/30/2003) |
| 10/30/2003 | 306 | Reservation of Rights by Creditor Summitbridge Global Investments, LLC to Interim Fee Applications. c/s (jr, usbc) (Entered: 11/04/2003) |
| 10/31/2003 | 303 | Memorandum of Law Supplementing her 288 Objection by Mary K. Logan to 223 First Amended 170 Joint Reorganization Plan Filed by Merrimac Paper Company, Inc., Holyoke Card Company, Inc. and Aquamac Corporation. c/s (jr, usbc) (Entered: 10/31/2003) |
| 11/03/2003 | 305 | Brief/Memorandum *of Law Plan Confirmation* In Support of *of Law Plan Confirmation*. Filed by Debtor Merrimac Paper Company, Inc. (Attachments: # 1 Affidavit of Daniel Mirski# 2 Affidavit of Donald Plummer# 3 Proposed Order # 4 Report of Plan Voting# 5 Certificate of Service) (Redlener, Jesse) (Entered: 11/03/2003) |
| 11/05/2003 | | Hearing Held Re: 77 Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. (jr, usbc) (Entered: 11/06/2003) |
| 11/05/2003 | 307 | Order of 11/5/03 Granting 77 Motion for Order Further Authorizing Use of Cash Collateral Filed by Debtor Merrimac Paper Company, Inc. #77 GRANTED. (jr, usbc) (Entered: 11/06/2003) |
| 11/06/2003 | 308 | Second Amended Chapter 11 Plan *redline version* (RE: 170 Chapter 11 Plan, 229 Amended Chapter 11 Plan, 292 Amended Chapter 11 Plan, 223 Amended Chapter 11 Plan, 293 Amended Chapter 11 Plan). Filed by Debtor Merrimac Paper Company, Inc. (Attachments: # 1 Proposed Order Confirmation Order)(Dee, Craig) (Entered: 11/06/2003) |
| 11/07/2003 | 309 | Memorandum of Decision on Plaintiff's Motion for Partial Summary Judgment (Adversary Proceeding Document #17) and Objections to Confirmation of First Amended Joint Plan of Reorganization, as Modified (Chapter 11 Documents #271,272,273 and 288). See Decision for Full Text. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | | Hearing Held Re: 299 Motion to Assume/Reject Collective Bargaining Agreement Filed by Debtor Merrimac Paper Company, |

| | | |
|---|---|---|
| | | Inc. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ◑310 | Order Granting 299 Motion to Assume/Reject Collective Bargaining Agreement Filed by Debtor Merrimac Paper Company, Inc. #299 GRANTED. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ◑ | Hearing Held Re: 212 Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ◑311 | Order Withdrawing 212 Motion by Debtors Merrimac Paper Company, Inc. for Approval of Distress Termination of Pepperell Paper Company, Inc. Pension Plan for Hourly Employees. #212 WITHDRAWN IN OPEN COURT. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ◑312 | Order Regarding 282 Second Application for Compensation and Request for Reimbursement of Expenses by John T. Leahy, as Labor and Employment Counsel, 283 Second Application of Gadsby Hannah, LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period July 15, 2003, throuth September 30, 2003, 284 Second Interim Application for Compensation and Reimbursement of Expenses by Hanify and King, Professionsl Corporation, Counsel to the Debtors, 285 Second Interim Application for Compensation and Reimbursement of Expenses by Hinckley, Allen and Snyder LLP, Special Counsel to the Debtors, 286 Second Interim Application for Compensation and Reimbursement of Expenses of Valuation Perspectives, Inc., Financial Consultants to Debtors and 287 Interim Application for Fee and Expenses by Verdolino and Lowey, Financial Advisor to the Official Committee of Unsecured Creditors. HEARINGS HELD ON 11/5/03 AND 11/7/03. ALL MATTERS ARE TAKEN UNDER ADVISEMENT. OBJECTIONS TO FEE APPLICATIONS ARE DUE DECEMBER 3, 2003 AT 4:30 PM. FURTHER HEARINGS ON THE ABOVE APPLICATIONS, IF NECESSARY, ARE SCHEDULED FOR DECEMBER 16, 2003 AT 9:30 AM IN BOSTON. IF NO OBJECTIONS ARE FILED, FEE APPLICATIONS MAY BE ALLOWED WITHOUT FURTHER HEARING. ATTORNEY LIZOTTE TO PROVIDE NOTICE AND FILE A CERTIFICATE OF SERVICE WITH THE COURT. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ◑313 | Signature Page Re: 308 Second Amended Chapter 11 Plan redline version (RE: 170 Chapter 11 Plan, 229 Amended Chapter 11 Plan, 292 Amended Chapter 11 Plan, 223 Amended Chapter 11 Plan, 293 Amended Chapter 11 Plan Filed by Debtor Merrimac Paper Company, Inc. SIGNED IN OPEN COURT 11/7/03. (jr, usbc) (Entered: 11/07/2003) |
| | | |

| 11/07/2003 | ❸314 | Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan (redline version) of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 11/07/2003) |
| --- | --- | --- |
| 11/07/2003 | ❸315 | Order Regarding 294 Motion for Approval of 293 Nonadverse Modification to 223 Amended Joint Reorganization Plan and 308 Second Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified. #308 GRANTED. MOTION AMENDED IN OPEN COURT SEEKING APPROVAL OF NONADVERSE MODIFICATION EMBODIED IN SECOND AMENDED JOINT REORGANIZATION PLAN. #308 GRANTED. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ❸316 | Exhibit D Re: 293 First 223 Amended Joint Reorganization Plan Filed by Debtor Merrimac Paper Company, Inc., Holyoke Card Company, Inc., and Aquamac Corporation, as Modified Filed by Andrew Lizotte. FILED IN OPEN COURT 11/5/03. (jr, usbc) (Entered: 11/07/2003) |
| 11/07/2003 | ❸317 | Second Amended Chapter 11 Plan (RE: 308 Amended Chapter 11 Plan, ). Filed by Debtor Merrimac Paper Company, Inc. (Attachments: # 1 Certificate of Service)(Lizotte, Andrew) (Entered: 11/07/2003) |
| 11/07/2003 | ❸318 | Notice *of Entry of Confirmation Order and Notice of Objection Deadline and Hearing Date Regarding Application For Compensation* Filed by Debtor Merrimac Paper Company, Inc.. (Lizotte, Andrew) (Entered: 11/07/2003) |
| 11/17/2003 | ❸319 | Notice of Appeal. Receipt Number 516006, Fee Amount $255 Filed by Alan R. Eggert and Ralph Harrison (RE: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Mo). Appellant Designation due by 11/28/2003. Complied Records Due by 12/12/2003. Transmission of Designation Due by 12/17/2003. (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ❸320 | Election of Appeal to District Court Filed by Alan R. Eggert and Ralph Harrison (RE: 319 Notice of Appeal. (RE: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Mo)). c/s. (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ❸321 | Notice of Appeal to District Court RE: 319 Notice of Appeal. Filed by Alan R. Eggert and Ralph Harrison (RE: 314 Order Confirming |

| | | |
|---|---|---|
| | | 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Mo). (ach, usbc) (Entered: 11/17/2003) |
| 11/17/2003 | ➲322 | Motion to Amend (Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified) Entered on November 7, 2003 or For Alternative Relief Filed by Interested Party Mary K. Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |
| 11/17/2003 | ➲323 | Motion For Amendment of Judgment Entered November 7, 2003 Filed by Interested Party Mary K. Logan. c/s. (ach, usbc) (Entered: 11/18/2003) |
| 11/19/2003 | ➲324 | Notice *of Entry of Effective Date of Second Amended Joint Reorganization Plan and Certificate of Service* Filed by Debtor Merrimac Paper Company, Inc.. (Lizotte, Andrew) (Entered: 11/19/2003) |
| 11/21/2003 | ➲327 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Alan R. Eggert and Ralph Harrison Re: 319 Notice of Appeal Filed by Alan R. Eggert and Ralph Harrison Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation. Appellee designation due by 12/1/2003. (jr, usbc) (Entered: 12/01/2003) |
| 11/21/2003 | ➲328 | Statement of Issues Filed by Alan R. Eggert and Ralph Harrison Re: 319 Notice of Appeal. (jr, usbc) (Entered: 12/01/2003) |
| 11/24/2003 | ➲325 | Decision and Order Regarding Motion for Amendment of Confirmation Order (#322) filed by Mary K. Logan. FOR THE FOREGOING REASONS, THE MOTION IS HEREBY DENIED. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 11/24/2003 | ➲326 | Order Regarding Motion For Amendment of Judgment Entered November 7, 2003 Filed by Interested Party Mary K. Logan (#323). NOW THEREFOR IT IS HEREBY ORDERED THAT THE MOTION 323 IS STRICKEN FROM THE DOCKET IN THE MAIN CASE. See Order For Full Text. (jr, usbc) (Entered: 11/24/2003) |
| 12/01/2003 | ➲329 | Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. Appellant Designation due by 12/11/2003. Complied Records Due by 12/26/2003. Transmission of Designation Due by 12/31/2003. Receipt Number |

| | | |
|---|---|---|
| | | 516455, Fee Amount $255. (jr, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ⏺330 | Election of Appeal to District Court Filed by Creditor William L. Provost Jr. Rw: 329 Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ⏺331 | Notice of Appeal to District Court Re: 329 Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 12/01/2003) |
| 12/01/2003 | ⏺332 | Notice of Appearance and Request for Notice by Rafael Klotz. Filed by Debtor Merrimac Paper Company, Inc. (Klotz, Rafael) (Entered: 12/01/2003) |
| 12/01/2003 | ⏺333 | Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Debtor Merrimac Paper Company, Inc. (RE: 319 Notice of Appeal, ). (Klotz, Rafael) (Entered: 12/01/2003) |
| 12/01/2003 | ⏺334 | Certificate of Service (Re: 332 Notice of Appearance, 333 Appellee Designation). Filed by Debtor Merrimac Paper Company, Inc. (Klotz, Rafael) (Entered: 12/01/2003) |
| 12/03/2003 | ⏺337 | Partial Objection by Summitbridge Global Investments, LLC Re: 287 Interim Application for Fee and Expenses by Verdolino and Lowey, Financial Advisor to the Official Committee of Unsecured Creditors. c/s (jr, usbc) (Entered: 12/09/2003) |
| 12/04/2003 | ⏺335 | Transcript of Hearings Held on 11/5/03 RE: 77 Debtors' Motion For an Order Further Authorizing the Use of Cash Collateral 212 Debtors' Motion for Approval of Distress Termination of Pepperell Paper Co., Inc. Pension Plan for Hourly Employees 299 Debtors' Motion to Amend and Assume Collective Bargaining Agreement 294 Debtors' Motion for Approval of Nonadverse Modification to #292 and #297 and EVIDENTIARY Hearing RE: #229 First Amended Joint Plan of Reorganization. (ld, usbc) (Entered: 12/04/2003) |
| 12/08/2003 | ⏺336 | Notice *of Filing of Designated Item Number Two to Appellees' Designation of Additional Items to be Included in the Record on Appeal (Docket No. 333)* Filed by Debtor Merrimac Paper Company, Inc. (RE: 333 Appellee Designation). (Klotz, Rafael) (Entered: 12/08/2003) |
| | | |

| 12/10/2003 | 338 | Order Dismissing Appeal of Willima Provost, Jr. Re: 329 Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. See Order For Full Text. (jr, usbc) (Entered: 12/10/2003) |
|---|---|---|
| 12/11/2003 | 339 | Final Application for Compensation *and Reimbursement of Expenses By Hanify & King, Professional Corporation, Counsel to the Debtor* for Andrew G. Lizotte, Debtor's Attorney, Period: 10/1/2003 to 11/18/2003, Fee: $77,419.50, Expenses: $4,629.84. Filed by Attorney Andrew G. Lizotte (Attachments: # 1 Certificate of Service) (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/11/2003 | 340 | Final Application for Compensation *and Reimbursement of Expenses* for Hinckley, Allen and Snyder LLP, Special Counsel, Period: 10/1/2003 to 11/18/2003, Fee: $38,449.70, Expenses: $560.56. Filed by Special Counsel Hinckley, Allen and Snyder LLP (Attachments: # 1 Certificate of Service) (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/11/2003 | 341 | Final Application for Compensation *and Reimbursement of Expenses* for Valuation Perspectives, Inc., Consultant, Period: 10/1/2003 to 11/18/2003, Fee: $3,780.00, Expenses: $. Filed by Consultant Valuation Perspectives, Inc. (Attachments: # 1 Certificate of Service) (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/11/2003 | 342 | Final Application for Compensation *and Request for Reimbursement of Expenses* for John T. Leahy, Other Professional, Period: to, Fee: $5,500.00, Expenses: $217.30. Filed by Other Professional John T. Leahy (Attachments: # 1 Certificate of Service) (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/11/2003 | 343 | Final Application for Compensation *and Reimbursement of Expenses* for Foley Hoag LLP, Special Counsel, Period: to, Fee: $19,515.41, Expenses: $3,778.12. Filed by Special Counsel Foley Hoag LLP (Attachments: # 1 Certificate of Service) (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/11/2003 | 344 | Notice *of Filing of Fee Applications with Certificate of Service* Filed by Debtor Merrimac Paper Company, Inc.. (Lizotte, Andrew) (Entered: 12/11/2003) |
| 12/12/2003 | 345 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Creditor William L. Provost Jr. Re: 329 Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: |

| | | |
|---|---|---|
| | | 12/15/2003) |
| 12/12/2003 | ○346 | Statement of Issues Filed by Creditor William L. Provost Jr. Re: 329 Notice of Appeal Filed by Creditor William L. Provost Jr. Re: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 12/15/2003) |
| 12/17/2003 | ○347 | Transmittal of Record on Appeal to U.S. District Court Re: 319 Notice of Appeal Filed by Alan R. Eggert and Ralph Harrison RE: 314 Order Confirming 308 Second Amended Joint Reoganization Chapter 11 Plan of Merrimac Paper Company, Inc., Holyoke Card Comapny, Inc. and Aquamac Corporation, as Modified. (jr, usbc) (Entered: 12/17/2003) |